UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**AMENDED CRIMINAL MINUTES**

**Date:** December 1, 2021    **Time:** 4:25 – 5:05    **Judge:** MAXINE M. CHESNEY

= 30 minutes

**Case No.:** 21-cr-00374-MMC-1    **Case Name:** UNITED STATES v. Brendan Jacy Tatum

**Attorney for Plaintiff:** Cynthia Frey
**Attorney for Defendant:** Stuart Hanlon

**Deputy Clerk:** Tracy Geiger    **Court Reporter:** Ana Dub

**PROCEEDINGS**

**Change of Plea – held.**

**Defendant plead guilty to Counts One, Four, and Five of Indictment.**

**Plea agreement filed under seal with the Court.**

**Court accepted the guilty pleas.**

**Case referred to US Probation for preparation of a presentence report.**

**CASE CONTINUED TO: March 9, 2022 at 2:15 pm  for Sentencing**