| | |
|---|---|
| 1 | STUART HANLON (CASBN 66104) |
| | ATTORNEY AT LAW |
| 2 | 635 Belvedere Street |
| | San Francisco, CA 94117 |
| 3 | t. (415) 864-5600 |
| | stuart@stuarthanlonlaw.com |
| 4 | |
| | Attorney for Defendant TATUM |
| 5 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 21-CR-00374-MMC |
| Plaintiff, | |
| vs. | STIPULATION [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| BRENDAN JACY TATUM, | |
| Defendant | |

**IT IS STIPULATED AND AGREED** by the parties, through their undersigned attorneys, that with the Court's permission, Mr. Tatum be allowed to travel throughout the state of California, in all districts, for employment purposes. Mr. Tatum will remain in contact with Pretrial Services about his location and employment-related travel plans. Josh Libby of Pretrial Services has no objection to this request. Based on the position of Mr. Libby, the United States Attorney's Office also does not object. All other conditions of release will remain in effect.

IT IS SO STIPULATED.

Dated: July 15, 2024                                             /s/
                                                                 _____
                                                                 STUART HANLON
                                                                 Attorney for Defendant Tatum

STIPULATION [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE - 1

Dated: July 15, 2024

ISMAIL J. RAMSEY
United States Attorney

/s/
_____
ABRAHAM FINE
Assistant United States Attorney

STIPULATION [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE - 2

STUART HANLON (CASBN 66104)
ATTORNEY AT LAW
635 Belvedere Street
San Francisco, CA 94117
t. (415) 864-5600
stuart@stuarthanlonlaw.com

Attorney for Defendant TATUM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 21-CR-00374-MMC |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| BRENDAN JACY TATUM, | |
| Defendant | |

**IT IS HEREBY ORDERED THAT:** Mr. Tatum be allowed to travel throughout the state of California, in all districts, for employment purposes. Mr. Tatum will remain in contact with Pretrial Services about his location and employment-related travel plans. All other conditions of release will remain in effect.

Dated:

———————————————
HONORABLE SALLIE KIM
United States Magistrate Judge

STIPULATION [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE - 3