1    ISMAIL J. RAMSEY (CABN 189820)
     United States Attorney
2
     MARTHA BOERSCH (CABN 126569)
3    Chief, Criminal Division

4    ABRAHAM FINE (CABN 292647)
     Assistant United States Attorney
5
          450 Golden Gate Avenue, Box 36055
6         San Francisco, California 94102-3495
          Telephone: (415) 436-7200
7         FAX: (415) 436-7234
          Abraham.fine@usdoj.gov
8
     Attorneys for United States of America
9
                          UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN FRANCISCO DIVISION
12

13   UNITED STATES OF AMERICA,                )   NO. CR 21-0374 MMC
                                              )
14          Plaintiff,                        )
                                              )   STIPULATION TO CONTINUE SENTENCING
15      v.                                    )   AND [PROPOSED] ORDER
                                              )
16   BRENDAN JACY TATUM,                      )
                                              )
17          Defendant.)                       )
                                              )
18                                            )
                                              )
19   _____ )

20          On December 1, 2021, the defendant plead guilty to Counts One, Four and Five of the

21   Indictment.  At the hearing, the parties agreed to put the matter over for sentencing to March 9, 2022,

22   and have since agreed to continue the sentencing to May 22, 2024 and then to January 29, 2025.  Due to

23   preparation for sentencing, the parties are now requesting a further continuance of the sentencing to

24   September 3, 2025.  The Courtroom Deputy has confirmed this Court's availability and United States

25   Probation has also confirmed availability.

26   //

27   //

28   //

STIPULATION TO CONTINUE SENTENCING AND [PROPOSED] ORDER
Case No. CR 21-0374 MMC                                                        v. 7/10/2018

1      The undersigned Assistant United States Attorney certifies that he has obtained approval from

2   counsel for the defendant to file this stipulation and proposed order.

3

4        IT IS SO STIPULATED.

5

6   DATED: January 10, 2025                                    /s/
                                                            ABRAHAM FINE
7                                                           Assistant United States Attorney

8
    DATED: January 10, 2025                                    /s/
9                                                           STUART HANLON
                                                            Counsel for Defendant Brendan Jacy Tatum
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE SENTENCING AND [PROPOSED] ORDER
Case No. CR 21-0374 MMC                                                          v. 7/10/2018

1

## [PROPOSED] ORDER

2      Based upon the facts set forth in the stipulation of the parties and the representations made to the

3  Court and for good cause shown, the Court hereby orders that the above-captioned matter be continued

4  for sentencing to September 3, 2025 at 2:15pm.

5      IT IS SO ORDERED.

6

7  DATED: ___January 13, 2025___

8                                          HONORABLE MAXINE M. CHESNEY
                                           United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE SENTENCING AND [PROPOSED] ORDER
Case No. CR 21-0374 MMC                                          v. 7/10/2018