February 1, 2025

Re: Tatum/Huffaker

Dear Judge Chesney,

Justice delayed is justice denied. While George Orwell in his essay "Politics and the English Language" would certainly chastise me for resorting to cliché, I suggest that this cliché is also a truism: *Justice delayed is justice denied*.

I mailed my first letter to you from Bangkok three years ago. Almost seven years ago, Tatum and Huffaker were arrested. Ten years ago I first contacted Special Agent Jamie Arnold of the San Diego FBI, and 10 years ago I first contacted David Seness of the VA OIG. To view it from a different perspective Barak Obama was still in office when I first contacted the FBI and VA OIG, yet Huffaker hasn't been tried, and Tatum's sentencing appears to be delayed in perpetuity. As best I can tell, the defendants have been on the beach sipping margaritas, while the US Attorney's Office has been slathering on Coppertone and licking ice cream cones a few towels down. Justice is certainly being denied.

I'm sending you an updated version of my victim impact statement on the chance that Huffaker's trial will begin in July, and that Tatum will later be sentenced. I'm not optimistic.

James Bleifus

P.S. I was going to mail a hard copy to you when I next visited California, but news that Huffaker is again seeking a new attorney forced an immediate response.

February 1, 2025

Re: Tatum/Huffaker

Dear Judge Chesney,

Writing a victim's impact statement is like sweeping the glass up after you've dropped a six-foot fluorescent light. Finding all the shards is impossible, yet you must do your best.

My experiences with Brendon "Jacy" Tatum may seem unimportant or easy to minimize compared to his other crimes. They're not. Tatum didn't act alone. In my case, he worked in concert with Debbie Lamaison, John, and Amy of the VA (whose last name (s) I don't know), and others who were ringmasters in a dark, lawless, circus that will haunt me for the rest of my life. While I previously would have described myself as an introvert, I now consider myself a recluse who prefers not to go out or meet new people, despite living in foreign countries.

In the documents I gave the US Attorney's office, I mentioned going to David Seness of the VA OIG, and to Special Agent Jamie Arnold of the San Diego FBI as well as the Portland FBI office. On my second visit to Arnold, I was turned away, and I was essentially turned away by the Portland FBI office on June 25, 2016. What I didn't say is that I also contacted two acquaintances who are former police chiefs (one was still a chief at the time) neither of whom believed me. Police chiefs, of course, attend the FBI academy. One former chief suggested that I go to Lamaison's sergeant and report her behavior. That's silly, since it was clear that the corruption within RPDPS ran so deep that it was impossible to know who was clean and who was dirty. It doesn't appear that we know even now. When the cops are the crooks, you can't go to the cops. Neither of those former chiefs could conceive of a police department acting as far outside the law as RPDPS does.

That's a central theme of Tatum's impact on me: He acted with others to steal my credibility and dignity. By using his cultural capital as a "peace officer", he seemed believable and credible, especially against someone diagnosed as disabled with PTSD. With each crime against me, I grew smaller, more minimized, and more marginalized even in my own eyes while he was receiving accolades and awards for his performance as a crime fighter.

Tatum's behavior emboldened other conspirators. I was assaulted during an examination at the Oceanside VA hospital. I went for a dental exam and while waiting in the sitting room, the receptionist received a phone call. That guy's here? the receptionist asked, and then moused

through his screen. Then he looked over at me, and away again.

When I entered the examination room, the dentist and a male assistant were waiting. Each time the dentist gave an instruction, the assistant would push me or grab my hand aggressively and move it. When I was told to sit in the dental chair, the assistant shoved me towards it, knocking me off balance. He wasn't aggressive enough to leave any bruising (plausible deniability is always vital) though he remained very close to me, far closer than appropriate. Clearly, he hoped I'd fight back or make a furtive gesture so that he could more aggressively abuse me. At the end of the examination, I asked the dentist, (whose name I don't recall but whose tag indicated that he was a Navy veteran) if this was how it was going to be for now on. He said yes, until things cooled down with me. This was soon after I first spoke with the VA OIG and the FBI. The dentist and his associate were trying to intimidate me so that I wouldn't turn state's evidence. Had they anticipated Seness's and Arnold's complicity, they probably wouldn't have bothered.

Explaining, especially in writing, an experience like this is difficult, even aside from the emotional issues. Beyond the dentist's statement, how does this differ from someone shoulder checking me on the sidewalk? Looking back, never has a dental assistant touched me, beyond perhaps brushing my collar as they put on my bib or brushing my cheek with a gloved hand as they used the suction device. Unnecessary contact is verboten in professional doctors' offices. Certainly, I've never had an encounter in a doctor's office before or since that approached the violence I experienced at the Oceanside VA. Tatum bares partial responsibility for that.

Because of this and other incidents (I could write a book about Crystal Cove State Park), I keep my distance from the VA, and I'm cautious about returning to VA facilities. I try to ensure that I'm in rooms where other veterans are present whenever I seek treatment.

Tatum has contributed to this feeling of distrust and dis-ease. He acted with others to create an echo chamber of lies around me, just as he did when he robbed people of their marijuana and falsified documents to avoid culpability. Those lies led to a group within the VA whose grasp of reality is tenuous and illusory to behave shamefully and lawlessly. And once they realized what they'd done, some federal and state employees worked to silence me.

I've asked the US Attorney's Office to file this statement so that it can be reviewed publicly. I've also asked that the letter with the license plates, my letter to Special Agent Jamie Arnold of the San Diego FBI, and my Keynote stack also be filed for public review. Further, I believe that a transcript of my voicemails to Special Agent Jamie Arnold and VA OIG David Seness also be filed for public review. Perhaps the recordings themselves would be more appropriate. This case can't properly be understood without those voicemails. Additionally, I ask that you order the San Diego and Portland FBI offices to release unexpurgated versions of my FBI files. David Seness's documents regarding me should also be released.

I hope that you will also review my disability meeting with Judge Julia Mariana. Mariana accused me of stolen valor, a sinister and vile attempt at erasure, by claiming that I wasn't in the Desert

Storm theater during the oil well fires. I was in theater during both the fires and the destruction of the Khamisiya ammunition storage facility, and departed the Middle East on emergency leave between the cessation of Operation Desert Storm and the commencement of Operation Provide Comfort. Mariana's attack was informed neither by fact nor testimony, and I believe that she was parroting information fed her by Tatum's allies. The court stenographer didn't properly keep the record (I could hear her typing) so the audio record should be consulted for accuracy. I hope that you will make that court transcript or recording available (including Mariana's side comments with her stenographer) for public review.

Further, additional evidence regarding this case can be found with the Sonoma State University Police Department. My evening encounter with the PD in 2011 or 2012 not only anticipates later experiences, but also identifies actors whose participation is relevant to future events. I ask that you release these documents as well.

I also ask that you review the information on my X account @thegospelfromOS, which contains information that the DoJ hasn't inquired about.

We need only read Gassed in the Gulf by former CIA Analyst Patrick Eddington to understand the contour and nature of the VA's, VA OIG's, and DoJ's machinations and motivations — specifically the behavior of Seness and Arnold, along with the Portland FBI's shadowing of me (which ended immediately once Tatum's and Huffaker's arrests were announced) — for insight into how government agencies organize and operate intimidation and disinformation campaigns. All of these events demand radical and full transparency by the FBI, VA, VA OIG, and others so that the apparatuses of the electronic police state can be identified and confronted.

Only through consulting these documents in total can you fully understand the depravity of Tatum's heart, and the gravity of his actions.

Sincerely,

James Bleifus