STUART HANLON (CASBN 66104)
ATTORNEY AT LAW
635 Belvedere Street
San Francisco, CA 94117
t. (415) 864-5600
stuart@stuarthanlonlaw.com

Attorney for Defendant TATUM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>BRENDAN JACY TATUM,<br><br>  Defendant | Case No.: 21-CR-00374-MMC<br><br>STIPULATION [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |

**IT IS HEREBY STIPULATED** between the parties through counsel Abraham Fine for the United States of America and Stuart Hanlon for defendant Brendan Jacy Tatum, that his release conditions be modified as follows:

Defendant shall be allowed to travel to Reno, Nevada for his daughter's birthday celebration on April 12, 2025 returning on April 13, 2025. Defendant will stay at the Peppermill Hotel at 707 South Virginia Street in Reno, Nevada. Mr. Tatum's pretrial officer Josh Libby has no objection to this modification. All other conditions of release will remain in effect.

IT IS SO STIPULATED.

Dated: July 15, 2024                               /s/
                                              _____
                                              STUART HANLON
                                              Attorney for Defendant Tatum

STIPULATION [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE - 1

| | |
|---|---|
| 1    Dated: July 15, 2024 | PATRICK D. ROBBINS <br> Acting United States Attorney |

/s/
_____

ABRAHAM FINE
Assistant United States Attorney

STIPULATION [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE - 2

1  STUART HANLON (CASBN 66104)
   ATTORNEY AT LAW
2  635 Belvedere Street
   San Francisco, CA 94117
3  t. (415) 864-5600
   stuart@stuarthanlonlaw.com
4
   Attorney for Defendant TATUM
5
   IN THE UNITED STATES DISTRICT COURT
6
   FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
   SAN FRANCISCO DIVISION
8

9  UNITED STATES OF AMERICA,                Case No.:  21-CR-00374-MMC

10         Plaintiff,

11  vs.                                     [PROPOSED] ORDER MODIFYING
                                            CONDITIONS OF PRETRIAL RELEASE
12  BRENDAN JACY TATUM,

13         Defendant

14
       **IT IS HEREBY ORDERED THAT:** Mr. Tatum shall be allowed to travel to Reno,
15
   Nevada for his daughter's birthday celebration on April 12, 2025 returning on April 13, 2025.
16
   Defendant will stay at the Peppermill Hotel at 707 South Virginia Street in Reno, Nevada.  All
17
   other conditions of release will remain in effect.
18

19
   Dated:
20
                                            _____
                                            HONORABLE SALLIE KIM
21                                          United States Magistrate Judge

22

23

   STIPULATION [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE - 3