CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
BENJAMIN K. KLEINMAN (NYBN 5358189)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Abraham.fine@usdoj.gov
    Benjamin.kleinman2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 21-0374-MMC |
| Plaintiff, | DECLARATION OF AUSA ABRAHAM FINE IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANT'S DISCOVERY MOTION |
| v. | |
| JOSEPH HUFFAKER, | |
| Defendant. | |

DECLARATION OF AUSA ABRAHAM FINE
Case No. CR 21-0374-MMC

1    I, Abraham Fine, declare and state as follows:

2    1.    I am currently employed as an Assistant United States Attorney in the Northern District of California.

4    2.    I am counsel for the government in the above-captioned case.

5    3.    As the government typically does before trial, it has been meeting with witnesses to prepare their testimony. Over the past several weeks, the government has promptly produced to the defense memoranda of these interviews setting forth the date of the interview, who was there, and any new information that the witness provided.

9    4.    On May 15, 2025, the government interviewed William Timmins and produced that interview memorandum to the defense on May 27, 2025. During the interview, Timmins stated that he did not recall the date of a specific meeting between, Huffaker, Tatum, and Timmins, but that it could have been on December 4, 2017 because Tatum had a call to Timmins originating from Cloverdale on that date. December 6, 2017, was also raised as a potential date of the meeting given phone records of calls between Tatum and Timmins on that date. The interview memorandum stated as follows regarding a meeting between Huffaker, Timmins, and Tatum:

> [Agent note: at this time Timmins was shown a copy of telephone records showing calls between Tatum and Timmins, Bates labeled US 001699 (document 1). Timmins was asked about a call on December 4, 2017.]
>
> Timmins did not remember specific dates of calls, but if the call originated from Cloverdale, CA, that was likely when Timmins met Tatum and Huffaker on the side of the highway to pick up cannabis, as previously mentioned.
>
> * * *
>
> Timmins did not remember the specific time of day when they met at Commiski Road. Timmins remembered it was still light outside when they met and moved the cannabis to Timmins car, but it was probably later in the day.
>
> [Agent note: at this time Timmins was shown document 1. Timmins was asked about records showing telephone calls between himself and Tatum on December 6. 2017, originating in Hopland, CA.]
>
> Timmins had a farm in Hopland, CA where Timmins would hunt and fish. The phone calls might have been related to hanging out at the farm hunting and fishing.

28    5.    On June 20, 2025, the government met with Jacy Tatum. The government produced to

the defense the memorandum describing that meeting on June 27, 2025. During that interview, Tatum stated that he thought the meeting between himself, Timmins, and Huffaker likely took place on December 6, 2017, as there were several calls between Tatum and Timmins on that date. The interview memorandum stated as follows regarding a meeting between Huffaker, Timmins, and Tatum:

> [Agent note: Tatum was shown exhibit 169, Phone Log.]
>
> On December 6, 2017, Tatum and Huffaker went out to the Hopland, CA and Cloverdale, CA area to extort marijuana from drivers and provide the marijuana to Billy Timmins (Timmins). After seizing a large quantity of marijuana, Tatum, while in the presence of Huffaker, called Timmins to meet them and take the marijuana, to allow Tatum and Huffaker to continue stealing marijuana. On that day Tatum received several calls from Timmins because Timmins was finding it difficult to locate Tatum and Huffaker. Tatum and Huffaker finally met with Timmins near Kominsky Road (phonetic).

6. On June 16, 2025, defense counsel served the expert report of Michael Easter on the government. That report had two pages examining phone records on December 4, 2017 and two pages examining phone records on December 6, 2017 because both of those dates were discussed as possible dates for the meeting during the May 2025 interview with Timmins. A true and correct copy of that expert report is attached hereto as **Exhibit 1**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 30th day of June 2025, in Oakland, California.

*/s/ Abraham Fine*
ABRAHAM FINE

DECLARATION OF AUSA ABRAHAM FINE
Case No. CR 21-0374-MMC

# **EXHIBIT 1**

# Cell Site and Location Intelligence, LLC
## (C.S.L.I.)



# U.S. v. Huffaker

## Michael Easter

measter@csliexpert.net

www.csliexpert.net

June 11, 2025

1

Case 3:21-cr-00374-MMC    Document 313-1    Filed 06/30/25    Page 6 of 11



# Cell Site and Location Intelligence, LLC
## (C.S.L.I.)

2

## 1. Background

On June 10, 2025, Attorney Richard Ceballos requested that I prepare a Cell Phone Record Analysis and Expert Report for Verizon Cell Phone Number 707-775-8317.

## 2. Cell Phone Number and Record Type

| Phone Number | Associated Name | Network Carrier | Records Type | Records date range |
|---|---|---|---|---|
| **707-775-8317** | **Kassie Bridges Jacey Tatum** | Verizon | Billing Statement | November 9th, 2017 December 8th, 2017 |
| <u>Government Exhibit 169:</u> | | | US 001162-US 001916 | |

# Verizon Billing Records

## FD-302 (FBI Report)

- 5/16/25 Interview of Timmins by SA Haunold.

```
    Tatum and Timmins communicated by phone call when Tatum had cannabis to
sell. Typically, Tatum would come to Timmins' house to drop off the
cannabis, but sometimes Timmins would go to Tatum's house. Timmins and Tatum
were also friends at the time and had frequent phone calls. Most of their
calls were about hanging out, hunting, and fishing, and were unrelated to
selling cannabis.

[Agent note: at this time Timmins was shown a copy of telephone records
showing calls between Tatum and Timmins, Bates labeled US 001699 (document
1). Timmins was asked about a call on December 4, 2017.]

    Timmins did not remember specific dates of calls, but if the call
originated from Cloverdale, CA, that was likely when Timmins met Tatum and
Huffaker on the side of the highway to pick up cannabis, as previously
mentioned. Timmins remembers this specific meeting well because it was
abnormal. It was abnormal because it was the only time Timmins recalled
meeting Tatum on the highway to pick-up cannabis. Normally, Tatum stopped by
Timmins' home to drop-off the cannabis.
```

**US 001691**

**707-775-8317 (Tatum)**

verizon✓

PO BOX 4005
ACWORTH, GA 30101-9006

Billing period: Nov 9, 2017 - Dec 8, 2017
Account number: 772198256-00001
Invoice number: 1652843221

KEYLINE

KASSIE BRIDGES
5452 HALL RD
SANTA ROSA, CA 95401-5567

See last page for payment information and how to split your bill.
Questions? Visit vzw.com/contactus



# Verizon Billing Records

**Govt. Exhibit: 1699**

**707-775-8317**
**(Tatum)**

① Date ② Time ③ Number ④ Origination ⑤ Destination (Min.)

| Date | Time | Number | Origination | Destination | Min. |
|---|---|---|---|---|---|
| Dec 4 | 7:48 AM | 707.291.3466 | Sebastopol, CA | Santa Rosa, CA | 1 |
| Dec 4 | 8:58 AM | 707.484.1346 | Rohnert PA, CA | Santa Rosa, CA | 9 |
| Dec 4 | 9:07 AM | 707.565.2311 | Penngrove, CA | Santa Rosa, CA | 5 |
| Dec 4 | 10:24 AM | 415.230.0676 | Santa Rosa, CA | Incoming, CL | 1 |
| Dec 4 | 12:23 PM | 707.495.1123 | Ukiah, CA | Santa Rosa, CA | 2 |
| Dec 4 | 12:25 PM | 707.495.1123 | Hopland, CA | Santa Rosa, CA | 2 |
| Dec 4 | 12:33 PM | 707.495.1123 | Hopland, CA | Santa Rosa, CA | 1 |
| Dec 4 | 12:35 PM | 707.495.1123 | Hopland, CA | Incoming, CL | 1 |
| Dec 4 | 5:03 PM | 707.975.4637 | Hopland, CA | Incoming, CL | 2 |
| Dec 4 | 5:46 PM | 707.484.9727 | Cloverdale, CA | Santa Rosa, CA | 2 |
| Dec 4 | 6:47 PM | 707.484.9727 | Santa Rosa, CA | Santa Rosa, CA | 4 |

1. **Date/Time:** December 4th, 2017, at 5:46 PM.
2. **Number**: 707-484-9727 (Timmins) is the phone number called by 707-775-8317 (Tatum).
3. **Origination**: Cloverdale, CA is the location of the cell tower used by **Tatum's** cellphone to make the call.
4. **Destination**: Santa Rosa, CA is the not the location of Timmins' phone, but instead the Rate Center of his phone number based on the first six digits of the phone 707-484.
5. **Min**.: Is the billing duration in whole minutes.

| NPANXX | Area Served[1] |
|---|---|
| 707-484 | Santa Rosa |

https://www.areacodelocations.info/7/707.html

# Verizon Billing Records

## FD-302 (FBI Report)

- 5/16/25 Interview of Timmins by SA Haunold.

```
    Timmins did not remember the specific time of day when they met at
Commiski Road. Timmins remembered it was still light outside when they met
and moved the cannabis to Timmins car, but it was probably later in the day.

[Agent note: at this time Timmins was shown document 1. Timmins was asked
about records showing telephone calls between himself and Tatum on December
6. 2017, originating in Hopland, CA.]

    Timmins had a farm in Hopland, CA where Timmins would hunt and fish. The
phone calls might have been related to hanging out at the farm hunting and
fishing.
```

**US 001691**

**707-775-8317 (Tatum)**

verizon

PO BOX 4005
ACWORTH, GA 30101-9006

KEYLINE
|||..|..|.|.|..|.||..||..|||.|.|..|.||.|..|..||.|.

KASSIE BRIDGES
5452 HALL RD
SANTA ROSA, CA 95401-5567

Billing period          Nov 9, 2017 - Dec 8, 2017
Account number          772198256-00001
Invoice number          1652843221

See last page for payment information and how
to split your bill.
Questions? Visit vzw.com/contactus



# Verizon Billing Records

6

**Govt. Exhibit: 1699**

**707-775-8317
(Tatum)**

| | Date | Time | Number | Origination | Destination | Min. |
|---|------|------|--------|-------------|-------------|------|
| 1 | | | | | | 5 |
| | Dec 6 | 12:29 PM | 707.484.9727 | Hopland, CA | Santa Rosa, CA | 1 |
| | Dec 6 | 12:32 PM | 707.495.1123 | Hopland, CA | Incoming, CL | 2 |
| | Dec 6 | 1:24 PM | 707.484.9727 | Hopland, CA | Incoming, CL | 2 |
| | Dec 6 | 1:36 PM | 707.484.9727 | Hopland, CA | Incoming, CL | 1 |
| | Dec 6 | 1:45 PM | 707.484.9727 | Hopland, CA | Incoming, CL | 1 |
| | Dec 6 | 2:34 PM | 707.484.9727 | Hopland, CA | Incoming, CL | 1 |
| | Dec 6 | 4:24 PM | 707.484.9727 | Geyservill, CA | Santa Rosa, CA | 1 |
| | Dec 6 | 4:36 PM | 707.484.9727 | Windsor, CA | Incoming, CL | 1 |

1. **Date/Time:** December 4th, 2017, at 12:29 PM.
2. **Number**: 707-484-9727 (Timmins) is the phone number called by 707-775-8317 (Tatum).
3. **Origination**: Hopland, CA is the location of the cell tower used by **Tatum's** cellphone to make the call.
4. **Destination**: Santa Rosa, CA is the not the location of Timmins' phone, but instead the Rate Center of his phone number based on the first six digits of the phone 707-484.
5. **Min**.: Is the billing duration in whole minutes.

https://www.areacodelocations.info/7/707.html

| NPANXX | Area Served[1] |
|--------|----------------|
| 707-484 | Santa Rosa |

1. **Date/Time:** December 6th, 2017, at 1:24 PM, 1:36 PM, 1:45 PM, and 2:34 PM.
2. **Number**: 707-484-9727 (Timmins) is the phone number calling 707-775-8317 (Tatum).
3. **Origination**: Hopland, CA is the location of the cell tower used by **Tatum's** cellphone to receive the call from Timmins.
4. **Destination**: "Incoming, CL" means Tatum was receiving an incoming call.
5. **Min**.: Is the billing duration in whole minutes.

# Other Investigative Techniques to Consider



7

1. **Call Detail Records (CDR):**  Agents could have sought to collect Historical CDRs for Tatum and Timmins during the FBI Investigation to determine the exact cell tower location for both Tatum's and Timmins' phones at the time of each of the phone calls.   Further, the CDR would have illustrated incoming calls that were unanswered and routed to voicemail, where the Billing Records only show answered calls.
2. **Precision Location Information (PLI):** Agents could have sought to collect Historical PLI for Tatum and Timmins during the FBI Investigation to determine a more precise location for both Tatum's and Timmins' phones at or near the time of each of the phone calls. Cellular providers maintain Historical precision location information commonly referred to as NELOS/LocDbor and Timing Advance.
3. **Google Location History (GLH):**  Agents could have sought to collect Historical GLH for Tatum and Timmins during the FBI Investigation to determine both GPS and Wi-Fi location information for both Tatum's and Timmins' phones at or near the time of each of the phone calls and alleged in-person meetings.
4. **Tower Dump and Area Search**:  Agents could have sought to collect Historical Tower Dumps and Area Searches at key locations during the FBI Investigation to identify all mobile devices present in the area of the key location.  Agents then could have used the identified mobile devices present to identify other potential subjects present at an incident.
5. **Pen Register/Trap and Trace (PRTT):** Agents could have sought to establish a PRTT for Tatum and Timmins during the FBI Investigation to determine in real-time the exact cell tower location for both Tatum's and Timmins' phones at the time of each of the phone calls.
6. **Title III-Wire Tap (T-III):**  Agents could have sought to establish a T-III for Tatum and Timmins during the FBI Investigation to determine the content of their telephonic communications in real-time and the exact cell tower location for both Tatum's and Timmins' phones at the time of each of the communications.
7. **Consensual Recordings:**  Agents could have sought to use cooperating witnesses and subjects to conduct in-person or telephonically recorded conversations to memorialize the substance of these alleged conversations.
8. **Forensic Accountant (FA)**:  The FBI has certified FA available to Agents that will conduct a thorough forensic analysis of all financial accounts and statements of a subject.  Agents could have used the FBI FA to analyze all financial accounts and statements in their investigation.