```
 1  CRAIG H. MISSAKIAN (CABN 125202)
    United States Attorney
 2
    MARTHA BOERSCH (CABN 126569)
 3  Chief, Criminal Division

 4  ABRAHAM FINE (CABN 292647)
    Assistant United States Attorney
 5
         450 Golden Gate Avenue, Box 36055
 6       San Francisco, California 94102-3495
         Telephone: (415) 436-7200
 7       FAX: (415) 436-7234
         Abraham.fine@usdoj.gov
 8
    Attorneys for United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRENDAN JACY TATUM,<br><br>    Defendant. | NO. CR 21-0374 MMC<br><br>STIPULATION TO CONTINUE SENTENCING AND [PROPOSED] ORDER |

On December 1, 2021, Defendant Jacy Tatum pled guilty to Counts One, Four and Five of the Indictment. At that hearing, the parties agreed to put the matter over for sentencing to March 9, 2022, and have since agreed to continue the sentencing to May 22, 2024, then to January 29, 2025, and then to September 3, 2025 in light of co-defendant Huffaker's ongoing case. Now that Huffaker's trial has concluded and his sentencing has been set for October 15, 2025, the parties are in agreement on a firm sentencing date of October 22, 2025 for Defendant Tatum. Due to additional preparation for sentencing, including updating of the presentence report following Huffaker's trial, the parties request that Tatum's sentencing be set for October 22, 2025 at 2:15 P.M. United States Probation has confirmed availability for this sentencing date.

1     The undersigned Assistant United States Attorney certifies that he has obtained approval from
2 counsel for the defendant to file this stipulation and proposed order.

4     IT IS SO STIPULATED.

6 DATED: July 29, 2025                                    /s/
                                                              ABRAHAM FINE
                                                              Assistant United States Attorney

DATED: July 29, 2025                                    /s/
                                                             STUART HANLON
                                                             Counsel for Defendant Brendan Jacy Tatum

||||
|---|---|---|
| 1 | | **[PROPOSED] ORDER** |
| 2 | Based upon the facts set forth in the stipulation of the parties and the representations made to the |
| 3 | Court and for good cause shown, the Court hereby orders that Defendant Brendan Jacy Tatum's |
| 4 | sentencing be continued to October 22, 2025 at 2:15pm. |
| 5 | IT IS SO ORDERED. |

DATED: _____

_____
HONORABLE MAXINE M. CHESNEY
United States District Judge

STIPULATION TO CONTINUE SENTENCING AND [PROPOSED] ORDER
Case No. CR 21-0374 MMC                                                                                           v. 7/10/2018