KAREN L. LANDAU, CSB # 128728
Law Office of Karen L. Landau
1966 Tice Valley Blvd., # 189
Walnut Creek, CA 94595-2203
(510) 501-2781
karenlandau@karenlandau.com
Attorney for Defendant Joseph Huffaker

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:21-cr-00374-MMC |
| Plaintiff, | [PROPOSED] SEALING ORDER |
| v. | |
| JOSEPH HUFFAKER, | |
| Defendant. | |

### [PROPOSED] SEALING ORDER

Based upon the motion by the defendant and for good cause shown, IT IS HEREBY ORDERED that defendant's Administrative Motion to File Exhibit D Under Seal is GRANTED. Exhibit D to the Motion for New Trial  shall be filed under seal.

IT IS SO ORDERED.

DATED: April 14, 2026

_____
HON. MAXINE M. CHESNEY
United States District Judge

1