# Exhibit 1

## Law Enforcement Commendations for Tatum

# PROCLAMATION

## Commending and Honoring
## JACY TATUM
## FOR HIS COURAGEOUS ACTIONS

RECEIVED

JUL 2 4 2008

CITY OF ROHNERT PARK
HUMAN RESOURCES

**WHEREAS**, the City Council of the City of Rohnert Park wishes to express its gratitude and appreciation to Public Safety Officer Jacy Tatum for his courageous actions; and

**WHEREAS**, on the night of January 28, 2005, Officer Tatum was on routine patrol, preparing to make a simple traffic stop on a vehicle; and

**WHEREAS**, the driver of the vehicle took off suddenly and ran stop signs, driving in excess of 80 MPH. Officer Tatum broadcasted a pursuit and was led through Rohnert Park residential areas until the suspect picked a spot to stop and slid onto the grass in front of an apartment complex; and

**WHEREAS**, the suspect ran from the vehicle with a gun in his hand. Officer Tatum gave chase and at first tried to deploy his taser to end this pursuit. The taser missed, yet in another attempt to end this incident with less than lethal force, Officer Tatum pulled his baton, attempting to knock the gun from the suspect's hand; and

**WHEREAS**, Officer Tatum was unable to use the baton without endangering himself and continued the foot chase. When the suspect ran from the grass to another parking lot inside the complex he tripped and fell; and

**WHEREAS**, Officer Tatum saw the gun slide from the suspect's hand and ordered him to stay on the ground. The suspect quickly leaped to the gun and turned it at Officer Tatum. It was only after this overt act was committed by the suspect, that Officer Tatum was left with no other solution to end this non-routine incident, than to deploy deadly force; and

**WHEREAS**, Officer Tatum saw the gun from the beginning of the foot pursuit. He remained calm and attempted several times to end this incident with less than lethal methods.

**NOW, THEREFORE**, I, Tim Smith, as Mayor and on behalf of the City Council of the City of Rohnert Park, do hereby go on record commending Officer Jacy Tatum for his quick actions and the bravery he displayed during the above-mentioned dangerous situation.

**DULY AND REGULARLY PROCLAIMED** this 10th day of April, 2006.

**CITY OF ROHNERT PARK**

*Tim Smith, Mayor*

The

# Rohnert Park Department of Public Safety

proudly presents the

# IMPACT AWARD

to

# Jacy Tatum

for actions as set forth in the following

## CITATION:

RECEIVED

JUL 2 4 2008

CITY OF ROHNERT PARK
HUMAN RESOURCES



"For having a Positive Impact on the rapidly unfolding criminal investigation, as a Public Safety Officer for the City of Rohnert Park, Jacy Tatum did, on August 23, 2006, respond to the scene of a double-stabbing and forcible carjacking. With only a possible first name for one suspect and a physical description, Officer Tatum suggested what he thought might be the last name of the suspect, from memory based on past arrests and his knowledge of this person's normally frequented neighborhoods. Early the following day, both victims identified that suspect from photo line-ups. Officer Tatum 'put the word out' that the suspect would do well to call the Detectives, and within a day he did. The suspect's mother then contacted Officer Tatum personally, due to her knowledge of his honesty and integrity, and arranged for her son's surrender. Officer Tatum's knowledge of 'who's who' in the local criminals, the development of 'street sources' that permitted him to 'get the word out,' and his cooperative attitude with other Department members involved in this investigation allowed for the swift apprehension of a dangerous criminal, making a tremendous impact in the overall efforts to keep Rohnert Park the Safest City."

Presented this day, the eleventh day of February, 2007

*Thomas Bullard*

Thomas R. Bullard, Director of Public Safety,

Case 3:21-cr-00374-MMC    Document 409-1    Filed 04/29/26    Page 3 of 18

The

# Rohnert Park Department of Public Safety

proudly presents the

# LIFESAVING AWARD

to

# Jacy Tatum

for actions as set forth in the following

RECEIVED

JUL 2 4 2008

CITY OF ROHNERT PARK
HUMAN RESOURCES

**CITATION:**





"On May 13, 2006, while working as a Patrol Officer, Public Safety Officer Jacy Tatum did respond along with another nearby Patrol officer, Public Safety Officer Matthew Mattei, and Engine 9980, staffed by Public Safety Officers Patrick Fahy and James LaTorre, to the soccer field at Sunrise Park on a report of a subject possibly suffering a heart attack. All Public Safety units arrived at nearly the same time and before the Sonoma Life Support ambulance. Upon contact with the patient, he was not breathing, he was without a pulse, and bystanders were administering CPR. Officer Tatum, working in concert with his partners, established an open airway for the patient as the Automated External Defibrillator (AED) was being connected. After the delivery of one shock, the AED indicated that no further shocks were advised and CPR was resumed. Paramedic Bryan Smith and EMT Todd Emison arrived and delivered advanced life support measures. Within minutes, the patient's pulse was detected and shallow breathing was restored. The patient was transported to Santa Rosa Memorial Hospital where, before the emergency responders left the hospital, the patient had regained consciousness and was speaking with hospital staff. A later review of the AED memory established that it was the early CPR and the advanced life support efforts that saved the patient's life. In the performance of his duties, Public Safety Officer Jacy Tatum showed a high skill level, courageous calm, and unwavering dedication, all in keeping with the highest traditions of the Police and Fire Services."

Presented this day, the eleventh day of February, 2007

*Thomas Bullard*

Thomas R. Bullard, Director of Public Safety,
representing a grateful community.



# ROHNERT PARK DEPARTMENT OF PUBLIC SAFETY
## POLICE AND FIRE SERVICES

Thomas Bullard
Director

# Press Release

## Officer Involved Fatal Shooting

**For Immediate Release**
**Saturday, January 29, 2005  2:10 AM**

**Sergeant Art Sweeney**

Case # 05-000474

At 10:12 PM (22:12) on Friday a Rohnert Park Department of Public Safety Officer was driving north on Country Club Drive near the Rohnert Park Expressway behind a Green 1999 Volkswagen Jetta. The Jetta suddenly accelerated and the Officer activated his patrol car lights and siren to make a traffic stop. The driver of the Jetta failed to yield to the lights and siren while he accelerated and ran all the stop signs on Country Club Drive at high speed trying to evade the officer.

Other officers had joined in the pursuit when the Jetta driver turned east on Eleanor Ave and then south on Snyder Lane. The driver of the Jetta continued south on Snyder Lane for about ¼ mile and then lost control of the vehicle, pulling to the right and over the sidewalk and lawn before crashing into heavy landscaping. The adult male driver had a handgun in his hand when he leapt from the Jetta and ran into the Americana Apartments. The uniformed officers were running after him yelling orders that he should stop. Inside the apartment complex the suspect turned his gun toward the pursuing Officers and was shot by one of them.

Other occupants of the Jetta were detained for questioning. The man that was shot was taken to the hospital where he was pronounced dead. As a matter of procedure in this type of incident the Officers involved in the shooting have been placed on paid administrative leave while the investigation is being conducted.

The Sonoma County Sheriff's Department will be conducting the investigation of this incident pursuant to protocol. All future media inquiries should be directed to the Sheriff's Department.
###

500 City Hall Drive • Rohnert Park, CA 94928-2118 • Phone (707) 584-2600 • Fax (707) 584-2683

Case 3:21-cr-00374-MMC    Document 409-1    Filed 04/29/26    Page 6 of 18

The

# Rohnert Park Department of Public Safety

proudly presents the

# 2014 DISTINGUISHED SERVICE AWARD

to

## Brandon Jacy Tatum

for actions as set forth in the following

### CITATION:



"Over the course of Officer Tatum's 10 year career, he has single handedly seized over $1,000,000.00 in U.S. currency and other assets. He has also seized and removed from the streets of Rohnert Park and Sonoma County hundreds of pounds of processed marijuana and thousands of marijuana plants. Officer Tatum has made monumental efforts to go above and beyond his routine patrol responsibilities to combat the war on drugs. While assigned to patrol, and with the cooperation and support of his patrol team, he has conducted multiple highway interdiction operations and has developed an expertise in that area. Officer Tatum is assigned to weekday dayshift patrol and handles calls of domestic violence, burglary, robbery, and all other crimes in progress. While maintaining his patrol responsibilities, he continues to be a fierce hunter of drug offenders. Officer Tatum's relentless pursuit of drug related crimes has made him one of the best in his field. Officer Tatum is a mentor and an excellent teacher to his peers and those that have expressed an interest to walk in his footsteps. He has enhanced his street knowledge and his teaching skills by sharing his experiences and knowledge with his peers as well as his supervisors. His lifestyle and passion for family and his career set him apart from the rest. We would like to recognize the exemplary work of Officer Tatum and for his continued dedication to protect and serve our community."

Presented this day, the 30th day of January 2015



Brian Masterson, Director of Public Safety, representing a grateful community.

BARBARA BOXER
CALIFORNIA

COMMITTEES:
COMMERCE, SCIENCE,
AND TRANSPORTATION
ENVIRONMENT
AND PUBLIC WORKS
FOREIGN RELATIONS

# United States Senate

HART SENATE OFFICE BUILDING
SUITE 112
WASHINGTON, DC 20510-0505
(202) 224-3553
http://boxer.senate.gov/contact

April 10, 2006

City of Rohnert Park
Department of Public Safety
500 City Center Drive
Rohnert Park, CA 94928

Dear Friends:

Please accept my warmest greetings as you gather for the Rohnert Park Department of Public Safety's First Annual Department Employee Awards Celebration. I extend my best wishes for a memorable evening.

It is wonderful that the City of Rohnert Park recognizes outstanding Department of Public Safety employees through this annual event.

My sincere congratulations to tonight's distinguished honorees: Medal of Valor Award winners, Jacy Tatum and Dan Lusk. I know you have earned this honor through much work and dedication to public safety. I am proud of our nation's police officers and grateful for the work you have done to protect us and make our communities safer.

Again, I hope you have an inspiring celebration. You have my very best wishes for continued success.

Sincerely,

Barbara Boxer
United States Senator

BB/bk

| 1700 MONTGOMERY STREET SUITE 240 SAN FRANCISCO, CA 94111 (415) 403-0100 | 312 NORTH SPRING STREET SUITE 1748 LOS ANGELES, CA 90012 (213) 894-5000 | 501 'I' STREET SUITE 7-600 SACRAMENTO, CA 95814 (916) 448-2787 | 2500 TULARE STREET SUITE 5290 FRESNO, CA 93721 (559) 497-5109 | 600 'B' STREET SUITE 2240 SAN DIEGO, CA 92101 (619) 239-3884 | 201 NORTH 'E' STREET SUITE 210 SAN BERNARDINO, CA 92401 (909) 888-8525 |

PRINTED ON RECYCLED PAPER



# CERTIFICATE OF APPRECIATION

PRESENTED TO

**Jacy Tatum**

**City of Rohnert Park Department of Public Safety**
**Medal of Valor Recipient**

IN RECOGNITION OF

YOUR OUTSTANDING SERVICE.

BARBARA BOXER
UNITED STATES SENATOR

April 10, 2006

DATE

Case 3:21-cr-00374-MMC   Document 409-1   Filed 04/29/26   Page 8 of 18

Case 3:21-cr-00374-MMC   Document 409-1   Filed 04/29/26   Page 9 of 18

On the night of January 28, 2005, Rohnert Park Department of Public Safety Officer Jacy Tatum was on patrol when he observed the driver of a motor vehicle slip his seatbelt on as he drove past the officer. Officer Tatum followed the vehicle as the driver looked back at him. Before Officer Tatum could initiate a traffic stop, the driver suddenly accelerated hard in an attempt to flee. The suspect failed to properly stop at controlled intersections and drove in excess of 80 mph.

Officer Tatum broadcasted a pursuit and was led through Rohnert Park residential areas until the suspect picked a spot to stop, sliding his vehicle onto the grass in front of an apartment complex. The suspect ran from his vehicle with a loaded gun in his hand. Officer Tatum gave chase and tried to deploy his Taser to end the foot pursuit; however, the Taser darts missed the suspect. In yet another attempt to end this incident with less than lethal force, Officer Tatum pulled his baton, awaiting an opportunity to knock the gun from the suspect's hand. Not being able to use the baton without endangering himself, Officer Tatum continued the foot chase.

Suddenly, when the suspect ran from the grass to another parking lot within the apartment complex, he tripped and fell to the pavement. Officer Tatum saw the gun slide from the suspect's hand and ordered him to stay on the ground. The suspect failed to comply with Officer Tatum's order and quickly leaped to the gun. Once in possession of the weapon, he began turning the gun towards Officer Tatum and two other officers. It was only after this overt act was committed that Officer Tatum was left with no other solution but to end this incident by deploying deadly force, shooting the suspect.

Officer Tatum saw the suspect's gun from the beginning of the foot pursuit. He remained calm and attempted several times to end this incident with less than lethal methods. His courage and heroism are to be commended and I proudly award Officer Jacy Tatum this Attorney General's Award of Valor.

© 1989 GOES P
All Rights Reserved

LITHO. IN U.S.A.

*Office of the Attorney General*

DEPARTMENT OF JUSTICE
STATE OF CALIFORNIA

*Certificate of Valor*

*presented to*

**Jacy Tatum**

Officer
*Rohnert Park Department of Public Safety*

*For your heroic action reflecting credit upon law enforcement in the highest tradition.*



ATTORNEY GENERAL

**April 4, 2006**
DATE

© 1989 GOES P
All Rights Reserved

LITHO. IN U.S.A.



*California State Assembly*

# Certificate Of Recognition

PRESENTED TO:

**JACY TATUM**
City of Rohnert Park
Department of Public Safety

## MEDAL OF VALOR

In recognition of your courage while in pursuit of an armed suspect.  On a January night in 2005, you endangered your own life as you valiantly upheld your sworn duty to protect the people of Rohnert Park.  During a foot pursuit, although you saw the gun, you remained calm and attempted to end the incident with less than lethal methods.  For your unwavering dedication to public service, I applaud you and offer my sincere congratulations on this well-deserved honor.

April 10, 2006

MEMBER OF THE ASSEMBLY
CALIFORNIA STATE LEGISLATURE



Case 3:21-cr-00374-MMC    Document 409-1    Filed 04/29/26    Page 12 of 18



# Congresswoman Lynn Woolsey
# Certificate of Special Recognition

### Presented to

## Jacy Tatum

*Medal of Valor*

## First Annual Department Employee Awards
### Rohnert Park Department of Public Safety

April 10, 2006
Date

*Member of Congress*
*6th District of California*



## GOVERNOR ARNOLD SCHWARZENEGGER

April 10, 2006

### *Officer Jacy Tatum*

I am pleased to offer you heartfelt congratulations on being honored by the City of Rohnert Park, Department of Public Safety.

California peace officers are entrusted with the responsibility of enhancing public safety and protecting public and private property. Each day, law enforcement officers throughout our great State undertake these vital duties with commitment and professionalism. You make our State a better place to live and raise our families.

Your exceptional record has earned you the respect and appreciation of Californians, and I congratulate you on this well deserved award.

Sincerely,

Arnold Schwarzenegger

STATE CAPITOL • SACRAMENTO, CALIFORNIA 95814 • (916) 445-2841



# certificate of RECOGNITION

Presented to

**JACY TATUM**

**APRIL 10, 2006**

**IN HONOR OF**

His being awarded the Medal of Valor by the Rohnert Park Department of Public Safety, and in recognition of his personal accomplishments, professional achievements and outstanding contributions to the community. His efforts have enriched the lives of many.

On behalf of the Third Senate District of the State of California, it gives me great pleasure to recognize Officer Tatum for his courageous act of following up on a routine incident in the City of Rohnert Park that resulted in the use of deadly force.  Officer Tatum attempted to end the incident, but after disarming the suspect once, had to end this now non-routine incident lethally.

I hereby extend my best wishes to Officer Jacy Tatum upon this recognition and hope for his continuing success.

*SENATOR*

Case 3:21-cr-00374-MMC   Document 409-1   Filed 04/29/26   Page 15 of 18

The
# Rohnert Park Department of Public Safety
proudly presents the
# MEDAL OF VALOR
to
# Jacy Tatum

for actions as set forth in the following

### CITATION:



"For heroism in the face of mortal danger as a Public Safety Officer for the City of Rohnert Park, Jacy Tatum did, during the nighttime hours of January 28, 2005, identify and pursue a suspected criminal offender. This offender first fled in a vehicle at high speeds, creating hazards for himself, his passengers, pursuing officers, and the public. When his vehicle ran off the road, the offender armed himself with a fully loaded powerful handgun and fled on foot onto the grounds of a crowded apartment complex. In giving chase on the streets and then on foot, Officer Tatum maintained courageous calm while also remaining alert to the safety of the public, other pursuing officers, and himself. As Officer Tatum approached the subject and was preparing to take him into custody, the offender turned and threatened Officer Tatum with his handgun. In defense of his own life, as well as the safety of the public, Officer Tatum acted quickly, decisively, and courageously to end the threat. In the successful discharge of his duties, Public Safety Officer Jacy Tatum showed sound discretion, good judgment, and decided valor, all in keeping with the highest traditions of the Police Service."

Presented this day, the tenth day of April, 2006

*Thomas Bullard*

Thomas R. Bullard, Director of Public Safety, representing a grateful community.





To Jacy Tatum
With best wishes,

# CERTIFICATE OF HONOR
## BOARD OF SUPERVISORS
## COUNTY OF SONOMA

The Sonoma County Board of Supervisors hereby presents this Certificate of Honor in appreciative public recognition of distinction and merit for outstanding service to the County of Sonoma by:

*JACY TATUM*

*For his courageous act while in pursuit of a suspect and congratulating him on receiving the Rohnert Park Department of Safety Medal of Valor.*

Supervisor Valerie Brown

Supervisor Mike Kerns

Supervisor Tim Smith

Supervisor Mike Reilly

Chairman Paul L. Kelley

Date, April 4, 2006