STUART HANLON (CSBN: 066104)
LAW OFFICES OF STUART HANLON
635 Belvedere Street
San Francisco, CA 94117
(415) 225-5002
stuart@stuarthanlonlaw.com

Attorney for Defendant, Jacy Tatum

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRIC OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRENDAN JACY TATUM,<br><br>Defendant. | NO. CR 21-0374 MMC<br><br>**NOTICE OF UNDER SEAL FILING** |

Please take notice that **Exhibit 2** to defendant Brendan Jacy Tatum's sentencing memorandum has been filed under seal.

Dated:  April 29, 2026

Respectfully Submitted,

/s/ *Stuart Hanlon*

_____

STUART HANLON
Attorney for Defendant

1