Exhibit 4

Letter of Matt Phillips

To: The Honorable Judge Maxine Chesney, United States District Court

Your Honor,

I am writing to you on behalf of Jacy Tatum. I'm aware of what his full name is, but I have known him as Jacy for the twenty years we have been friends, so I plan to refer to him that way in this letter. I am aware of the allegations against Jacy and the crimes he plead guilty to. I have been aware of all of this since the beginning. I am clear on what he did. I also have some insight as to why. I have also been aware of Jacy's intention to plead guilty as soon as he had the proper opportunity to do so. Although I am disappointed in Jacy, I support him now, just as much as I always have. In my view, the measure of a friendship is not calculated when things are going well. A friendship is measured when a man's entire existence has collapsed around him, and he looks around to see who is still there. I am still here for Jacy, and I am not going anywhere. I have a unique and relevant perspective on this matter, which I will explain shortly. I have no intention of trying to excuse Jacy's actions. I know what he did. So does he. There is a reason he plead guilty. I have known men who would fight charges, and lose, and do serious time, just to continue a charade in their head that is designed to hang on to the last shred of pride they think they still have. Jacy has made the right decision. This is true even though a series of staggeringly bad decisions brought him to this place. This, in my view, is the first step in a very long road to something that resembles redemption. He is humble today. He is humble because he knows he destroyed his own life and reputation; not because he knows he got caught. And there is a large difference between those two things. He understands now. He is self-aware.

After 9-11-2001, I left a successful career in another field to join the police department in an effort to better serve my community. Jacy joined the same department and arrived soon after I did. At that time, Jacy was a kid. Barely old enough to legally carry a firearm in the performance of his duties. Jacy was exuberant; full of life; happy; and excited to be embarking on what promised to be a rewarding career. Due to his athletic prowess, he was a natural competitor and he excelled as a patrol officer working graveyard shifts. Unfortunately, he had no idea what was in store for him. It wasn't very long at all before Jacy was involved in a fatal shooting of a suspect. That suspect tried to shoot Jacy and Jacy fired first, killing him. In law enforcement, we call that a "clean shoot". Jacy's actions were legally justified and had he not pulled the trigger first, he likely would have been killed. The suspect Jacy killed was African American. The department chose not to disclose that Jacy is African American himself, which brought people from the bay area looking to avenge the death of the suspect for some time. Several of Jacy's coworkers, myself included, spent countless hours protecting Jacy and his family while the death investigation carried on. Eventually, Jacy was cleared of any wrong-doing and he returned to work. But the young man who returned was different, very different, than the boy who pulled that trigger. I saw it with my own eyes and it was unmistakable. He was clearly hurting. He did his best to hide it, but it was painfully obvious to anybody who was paying attention. At that time, these things were not openly discussed in our department. It was a different time and the culture of our department simply didn't allow for the perception of weakness.

Jacy was encouraged, in no uncertain terms, to "walk it off" and get back to work. I could see at that time that Jacy would have problems in the future, but I had problems of my own and I couldn't help. Or maybe I didn't know how. Nobody else helped either. But the transformation I saw could best be described as the formation of a callous over his soul. A callous that kept him from feeling the things

that a compassionate man in a position of power should feel in order to do his job correctly. Or, if he felt anything, he locked it down and buried it. Unfortunately, this was reckless and it came back to haunt him later. We are witnessing the end result of that transition today, in my opinion. Jacy was 22 years old when this happened. He didn't ever intend to wind up where he is. It just snowballed on him. Sometimes people who experience trauma become self-destructive because they lose their sense of caring. It is my opinion that this is exactly what happened to Jacy. It would take time, but eventually Jacy's "give-a-care meter" was pegged at zero.

Jacy was indoctrinated to win at any cost and take liberties with how those wins were obtained. I will take this opportunity to remind your honor that I am not excusing what he did. But I understand what happened and I think it's important that you consider this when imposing sentence. Jacy is intelligent. But when he began his career in law enforcement, he was also very young and immature. And after the shooting, his impulse control seemed to taper off as well. It wasn't hard to see if one knew what to look for. Of course, hindsight being 20-20, many of Jacy's friends and family (and former coworkers too, if they would acknowledge it; which they won't.) saw this behavior forming years ago. We just didn't realize where it would wind up. Today, many of us feel like we failed Jacy. He was clearly desperate for help. We either didn't see it; didn't realize how serious it was; or didn't know what to do.

Jacy Tatum is not a man who ever, ever intended to wind up as a criminal and a convicted felon. He didn't have the proper perspective. He was encouraged to ignore the rights of others and win no matter what. Unfortunately, he took that advice. He was praised for this extremely aggressive behavior on a regular basis by his superiors. I asked Jacy, directly, how he got here. He told me that it started out very small. He was stealing from "criminals", so what was the big deal? And then it escalated. And then it snowballed. And then it was too late to make it right. He knew it wouldn't last. He knew he would wind up busted or dead. There was never any question about that. But he didn't know how to stop and make it right. Especially given all the accolades for being such an aggressive and effective officer. I am writing to you about a very damaged young man who has been struggling for a very long time. This is not a man who ever intended to hurt people, commit crimes, or victimize anybody. He simply lost control of his life and began to self-destruct. The lines between legal drug interdiction work and illegal heists became blurred. It didn't feel any different to Jacy. He and his team were continually rewarded and appreciated, by several different agencies, for their actions. It is clear to me today that many people, working for several agencies, knew exactly what was going on and did absolutely nothing to stop it. Anybody who suggests that an individual Patrol Sergeant for a small police department could commit crimes like this, for several years, and not get noticed, simply isn't being honest. Jacy's power corrupted him and he lost his moral compass. And in the middle of all of this, he was awarded "Officer of the Year". This did not have to progress to the level it has. He could have been stopped and corrected early. That didn't happen. So, yes, Jacy is responsible for his actions. But he had a lot of help along the way.

During several discussions with Jacy over this matter, he has explained that he is profoundly disappointed in himself. He knows he let himself, his family, and the law enforcement community down. He is acutely aware of that fact and he is, in a word, humbled. He punishes himself in a far greater manner than any court ever could, on a daily basis. The amount of shame he carries on his shoulders will remain there for the rest of his life. I have personal experience with this as well and I know what he's going through. The stated goal of incarceration is rehabilitation. I think those who are honest acknowledge that it's more about punishment and has little to do with rehabilitation. Jacy has been

punishing himself for years over this. He has also had to carry this shame publicly. Most people who fail get to do so in a relatively private manner. Jacy Tatum's failures have been on the front page for years.

So, what happens now? I have some insight on that as well. I have not been an officer since 2005. I went through some catastrophic and traumatic life changes myself. Those culminated in me diving into a bottle of whiskey and destroying my own life. Today, I am an ex-con, a convicted felon, and a registered sex offender. This is relevant because I know first-hand what Jacy can expect going forward. Jacy will never, ever have anything that resembles a normal life again. Everyone he meets will assume that he can't be trusted. It will be virtually impossible for him to find gainful employment. Almost all of the people who Jacy used to call his friends will never speak with him again, or even acknowledge his existence. These things are true regardless of what sentence you choose to impose. Should you choose to incarcerate Jacy, he will be subjected to frequent physical attacks, extreme emotional abuse from both inmates and staff, and his daughters will not have their father for a period of time. I would ask your honor to very carefully consider that last point. Jacy's daughters need him. Jacy has made a complete mess of his life, but his daughters are not at fault here. If he is not available to them during their formative years, the consequences of Jacy's terrible decisions will multiply. That doesn't help anybody.

America has a better justice system than any other I am aware of, but it still has its flaws. I believe that's due, in part, to the objective of incarceration. My understanding is that it's supposed to be about rehabilitation. I can say with absolutely no reservations that there is no rehabilitation of significant value available in the American prison system. That stated policy is a charade, at best. If incarceration is actually about punishment, fair enough. But what does that achieve? In cases of physical violence involving injury or death, actual confinement and punishment can often be justified. In non-injury cases, I suggest there are better options, as the convict eventually returns to society. In my opinion, Jacy has already received his punishment for what he has done. He has fallen, hard. He went from "Hero to zero" virtually overnight. He has been crucified by the media. This has a very large impact on any person. It has an especially large impact on somebody who was regarded as the best of the best. It crushes one's soul. He is broke. And he can look forward to scraping for every penny he earns for the rest of his life. I assume that because these crimes are primarily financial, there will be money to pay back as well, which compounds the gainful employment problem. In short, the punishment will continue in perpetuity. Jacy and his family will continue to pay for his crimes long after his sentence is complete.

Jacy is a damaged young man. He has destroyed everything he worked so hard to achieve. He has lost respect from his society and his peers. His own self-respect is a distant memory. He has been diagnosed with PTSD, at least twice that I am aware of, for two separate shooting incidents during his law enforcement career. He is ashamed of his behavior, and he is humbled beyond anything I can effectively put into words. He needs counseling and healing. Incarceration will have a negative and dramatic impact on the development of his daughters. I think there is a better way for him to pay for his crimes. A way that involves redemption rather than retribution and further pain.

Please consider granting Jacy Tatum supervised release. If there is "time" required, please consider allowing him to serve that time on house arrest so that he can continue to provide a positive relationship to his young daughters. Requiring Jacy Tatum to speak to Police Academy classes about his story would provide an enormous service to the community. It might also prevent future officers from getting themselves into this kind of trouble. Nobody thinks it can happen to them. If you are open to this, please also consider requiring Jacy to attend intensive counselling. There is damage to repair here.

That damage will not be repaired in prison. This man is redeemable. But it will take hard work on his part. And the sooner he begins, the better it will be for all involved; including his victims.

The last point I would ask your honor to consider is personal for me, but I think it's relevant here. Two months before I turned 16, my sister was killed by a drunk driver with multiple prior arrests for DUI. That man plead guilty and was sentenced to State Prison. He was a free man before I graduated high school. This was for the reckless and negligent killing of a 21-year-old woman who had a very promising life ahead of her. That traumatic experience shaped every aspect of my life, and all of the decisions I made; good and bad; for the next 20 years. Back then, our society didn't recognize the damage done to young people as a result of trauma and tragedy nearly as well as it does today. I was just shy of sixteen when that happened to me. Jacy was just a few years older than that when he pulled the trigger and dropped a man, graveyard-dead, from just a few feet away. There were significant impacts on Jacy because of that, and there was an absolute failure to address those impacts on the part of his employer and his peers at the time. In short, that event created the slow burn that brought Jacy to where he is today. I am asking you to consider this as a mitigating factor in your sentencing decision now. It doesn't excuse him. But if you understand what happened, you can understand how he changed, and why. Would this happen to anybody in that situation? I don't know. But it happened to Jacy.

These crimes that Jacy Tatum got himself tangled up in didn't just happen one day. There are multiple factors that brought him to a sentencing hearing in federal court. I have known this man for more than half his life. Jacy didn't flip a switch one morning and decide to become a criminal. It took years of trauma, the consequences of PTSD, and a series of enablers to get him here. This is a complex situation that can be better resolved by proper treatment and telling others about his story. If he were required to tell his story to 100 police academy classes in the bay area over the next five years, society would be far better served. I suspect Jacy's victims might even agree with me on this point.

Jacy Tatum has made a complete disaster of his life. There is no getting around that. He has plead guilty and is taking responsibility for his actions. But I would ask your honor to consider that we are talking about non-violent civil rights related crimes, and money. There are victims. And those victims were certainly damaged. But nobody was physically hurt or killed. This is about money, tax evasion, theft, and a coverup. The man who killed my sister and train-wrecked an entire family for decades was out of prison in less than three years. I ask you to consider a more useful sentence that doesn't threaten Jacy Tatum physically or damage his family more than what has already been done. There are better ways to resolve this case. Ways that are more useful to the society he will remain in. I am clear on the fact that the victims of Jacy Tatum want their "pound of flesh" and they deserve that to a certain extent. What they're probably unaware of is the fact that they already have it. The damage to all parties, including Mr. Tatum and his completely innocent daughters, is done. The payment has been made. Now it's time for repair and healing. And that simply cannot be done from a prison cell.

Thank you for your consideration,

Matt Phillips

Santa Rosa, California