# Exhibit 5

## Letters from Kassie Tatum and Kathy Tatum

August. 18, 2025

Dear Honorable Judge Maxine Chesney,

My name is Kassie Tatum, and I am Jacy Tatum's wife. I work as a Medical Assistant at Kaiser, and it has been my profession for the past 18 years. Jacy and I have been together for a total of 15 years and have been married for 11 years.  We have three children, a 12 year-old daughter together named Gianna and my 15-year-old daughter, Emily, that he is a stepfather to, and a 21 year-old daughter.

I first met Jacy in high school, and years later, in my twenties, we became close friends. At the time, I was navigating the challenges of being a newly divorced mother with a young daughter, and I was hesitant to let anyone into my life. Jacy was patient and kind, inviting my daughter and me to his catering events, where I first saw his passion for cooking, family, and caring for others. Those qualities, along with his generosity and steady character, are what I fell in love with, and eventually we began building a life together.

One of the first times I saw Jacy in his role as a police officer confirmed the kind of man he is. During a ride-along, a man approached his patrol car to explain that his family had no place to stay. Without hesitation, Jacy took money from his own wallet to pay for a hotel so the family would have a warm place to sleep. That moment has stayed with me ever since because it showed me the heart and compassion behind his badge.

Throughout his years of service as both a police officer and firefighter, I witnessed countless examples like this. Everywhere we went, people would stop him to share how he had helped them. He touched many lives, not just through his work, but through his genuine care for people.

In March of 2013, we welcomed our daughter, Gianna. Jacy had been hesitant to have a child together because of the awful things he had witnessed on the job over the years. We never did talk in detail about his job, but I could tell he had seen more things than anyone should. I knew he had been in a shooting in the beginning of his career and that there was trauma from it. Having a child was a very hard adjustment for Jacy. I noticed that he started working even more. Picking up overtime shifts when he could. He told me he felt the pressure to want to be able to provide everything for our children that he didn't have growing up.

Just to tell you though, things weren't always bad. We would go places together and do things as a family, but Jacy wasn't always 100% there. He was always watching, looking, and listening. He was always on alert. He said the only time he felt relaxed was when he was hunting or fishing because he said then he could fully shut his brain off. Because of that feeling if Jacy wasn't working then he was hunting, or fishing, making him absent at home even more. I

knew that his job was hard, so I always tried to be understanding with him going, I wanted him to be able to decompress from his job. Little did I know he needed so much more than hunting or fishing. He needed a life changing event to help him out of this darkness and pain he was hiding.

We went on to get married in 2014 and I felt that we were happy. After some time though, I started resenting him for working so much and would tell him constantly that he was missing out on so many moments with the kids. He missed birthdays, holidays, and family dinners because of his work. He had a hard time saying no when he was needed at work because they were short staffed, they were working on a big case, or there was a call for someone that hurt themselves and it was someone's family member that he knew. I remember talking to him a little about it and he would say that he always wanted to be at work to make sure he was there for his coworkers, family, and friends if something happened to them and to be able to know that he was getting bad people off the street to protect us. He said that he felt responsible to always be there for his fellow officers because he would feel bad if something happened to them when he wasn't there.

I started to see a shift in his demeanor a few years after our daughter was born. He was struggling to make everyone happy and balance his work and family life. I saw after work he would drink more than normal. I just chalked it off to him having a hard day at work. As time went on, it wasn't getting better and his anxiety and depression that he always battled with was just getting worse. I tried to be there for him and get him to talk about work, but he always said I wouldn't understand.

After a few years we decided to move out to the country and purchased property with my mother and father-in-law. We were excited for this adventure and eager to raise our kids in a space where we felt they were safe. I felt that this could be the start of something good and a place where he wasn't always thinking about work or worried about seeing someone that he had previously arrested drive past our house. Unfortunately, Jacy just felt the need to work more. I felt like he was spinning out of control and there was nothing I could do.

Then he had a shooting in 2018 and things got bad. After this moment I feel like it pushed him over the edge. Everything that he had been taught to suppress and not feel had come to surface.  He couldn't sleep, but also couldn't get out of bed. He would have an overwhelming number of emotions come over him at any time of day. He would cry over something our children would say or something new that they learned. I would catch him just staring at me like he did on our wedding day.

After Jacy was no longer a police officer it seemed to me like a part of him died. He really did live for that job, but I also feel like it was killing him at the same time. Neither one of us wanted him to be another officer that died in the line of duty. I also didn't want a husband that was only partially present. A change needed to happen.

Now, years later, I am writing to you with a heavy heart as my husband, Jacy Tatum, faces sentencing. While I deeply regret the choices that led to this moment, I have also witnessed how this experience has changed him for the better. Jacy accepts responsibility and shows deep remorse, and I believe he is committed to continuing on the path of growth and accountability.

From the beginning of this process, I have stood by his side, not because I condone his actions, but because of the man I have seen him become. At home, I often refer to him as the "new Jacy." This new Jacy is the father who wears matching pajama pants with our kids, proudly sports the "Best Dad" shirts they give him, shows up for every game and school event. He has also reunited with his now 21-year-old daughter after years of distance, and she now turns to him for advice and trust as their bond is rebuilt. These relationships show the man he has worked hard to become; present, reliable, and loving.

He has shown me and our children genuine remorse and a sincere commitment to living differently. He is sober, emotionally open in ways he never was before, and he now recognizes the importance of being present for every moment — big or small — in our children's lives.

Jacy is also a man who consistently shows kindness to others. He is the person who will stop to help a stranger on the side of the road, the husband who encourages me to discover my own passions, and the stepfather who has built a remarkable bond with my daughter Emily, who trusts him completely and turns to him for guidance.

Your Honor, I respectfully ask for compassion in sentencing. I understand the seriousness of the charges and the weight of the decisions before you, but I hope you will consider the lowest possible sentence or home confinement if available. Jacy has a strong support system of family and friends committed to helping him succeed, and we are ready to stand beside him as he repays his debt and continues to grow as a husband, father, and contributing member of society.

He is not just a part of our family — he is the heart of it. Without him, our children and I will struggle deeply. His love, guidance, and daily presence are what make our family whole. We cannot imagine our lives without him home with us.

Thank you for your time and consideration of my words.


Respectfully,


Kassie Tatum

My name is Kathy Tatum, and I am writing to you as the mother of my only son, Brendon Jacy Tatum. I have loved my son deeply since the day he was born, and I have carried both pride and heartbreak watching the path his life has taken. I respectfully ask you to hear my words with an open heart, because my son is not only more than the mistakes he made—he is a man who has the capacity to give back to his family and to the community if given the chance.

From the time Jacy was young, it was just him and I. His father, who once played professional football, was absent from his life. It was just me raising him, with the help of my parents, who were his greatest supporters. Jacy grew up in difficult circumstances. I worked cleaning houses for 35 years, often struggling to provide the stability I wished I could have given him. We moved from place to place, sometimes living with family, until we finally had a home of our own when he reached sixth grade.
Even as a boy, Jacy showed maturity, responsibility, and kindness. He cut neighbors' lawns and saved his money, often offering to help pay for household needs. He excelled in basketball, becoming the first freshman to start on the varsity boys' basketball team at Rancho Cotate High School in Rohnert Park. Jacy later played on a traveling high school all-star team throughout California and Nevada. A devastating knee injury ended his basketball dreams, and I know that loss weighed heavily on him and changed how he saw his future.

Jacy grew up surrounded by family in public safety—law enforcement, fire, and community service. At 17 he became a volunteer firefighter, then put himself through the Fire Academy, and soon after, the Police Academy. Just after his 21st birthday, he graduated and began serving as a police officer. I was so proud of him, but also afraid for him.

Unfortunately, Jacy was involved in a shooting on duty that changed his life forever. I will never forget how he was before that day, and how different he became afterward. He turned to alcohol, battled severe depression and anxiety, and even today he takes medication to manage it. I lost the son I knew that day, and I watched helplessly as pain overtook him.
I cannot excuse the crimes Jacy committed—extortion, theft, tax evasion, lying, but those were his choices, and he takes responsibility for

them. I am deeply disappointed in what he did, because he had a family who loved him and a community that trusted him. Yet I also know those choices came from a broken place in him, a place of shame, guilt, and despair. Through these last seven years, the greatest blessing in Jacy's life has been his wife, Kassie. She stood by him through everything. Their three daughters, who once did not see much of their father because he was consumed by police work, now know him as a loving, attentive, and devoted dad. Losing his career and facing these consequences has, in many ways, saved my son's life. He has returned to the man I raised—the kind, giving, and compassionate son who wants to do good in this world.

When Jacy first told me about the crimes he committed, I was furious and ashamed he would have done those things. Jacy was having a very difficult time with life and asked me to come live with him and his family. Jacy was afraid he would not make it through this and was in a dark place mentally. I moved in with them for over a year, helping my son regain the strength to get out of bed and face life again. I have seen his remorse and regret. He continues to apologize, not only for what he did, but for what he did to the victim's lives.

Today, Jacy and Kassie own a fire suppression business, supporting Cal Fire and the U.S. Forest Service in protecting homes and communities during wildfires. He is proud of the work they do together. I truly believe this is where my son's heart belongs—serving and protecting others, not from behind bars, but out in the community where he can make a difference.

Your Honor, I know my son made choices that demand accountability. But I also know he has a kind and loving heart, he is a devoted father, and he is rebuilding his life in a way that helps others. Sending him to prison would not only take him away from his daughters during these crucial years of their lives, but it would also take away the opportunity for him to give back to the very communities he has already begun to serve again.

I humbly ask you to have mercy on my son. Please consider an alternative to prison that allows him to continue being the father his daughters desperately need and the man who can make amends by serving his community. I truly believe his greatest impact will be made on the outside, not the inside.

Thank you for your time and for considering my words.

With deepest respect,
Kathy Tatum