STUART HANLON (CSBN: 066104)
LAW OFFICES OF STUART HANLON
635 Belvedere Street
San Francisco, CA 94117
(415) 225-5002
stuart@stuarthanlonlaw.com

Attorney for Defendant, Jacy Tatum

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRIC OF CALIFORNIA
### SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

BRENDAN JACY TATUM,

      Defendant.

NO. CR 21-0374 MMC

**NOTICE OF UNDER SEAL FILING**

Please take notice that **Exhibit 6** to defendant Brendan Jacy Tatum's sentencing memorandum has been filed under seal.

Dated:  April 29, 2026

                        Respectfully Submitted,

                            /s/ *Stuart Hanlon*

                        _____

                        STUART HANLON
                        Attorney for Defendant

1