Exhibit 7

Letter of Jacy Tatum

To the Honorable Judge Chesney,
Your Honor,

I am writing this letter ahead of my sentencing to take full responsibility for my actions and to offer a clear and honest reflection of who I was, who I've become, and how I am working every day to live a life rooted in accountability and purpose.

As a police officer for 14 years, I took an oath to protect and serve — but I broke that oath. I made the selfish and criminal decision to steal marijuana from people I arrested and profit from it. I did it because I was being greedy, living beyond my means, and trying to build a life that looked better than the one I came from. I grew up poor, raised by a single mother who worked as a house cleaner her entire life. We moved from apartment to apartment, and I had no father figure. I always swore my kids would never grow up the way I did. But instead of working harder the right way, I chose the wrong path.

I won't blame my childhood, my trauma, or the stress of law enforcement for what I did. The truth is, I made those choices. I lost sight of who I was and what I stood for. I let the pressure of the job, financial stress, and my own unresolved pain convince me that I deserved more — even if I had to break the law to get it.

In 2005, less than a year into my police career, I was involved in a fatal officer-involved shooting. That experience changed me in ways I didn't understand at the time. I developed PTSD, but I never dealt with it. Instead, I drank, buried myself in work, and emotionally shut down. Over time, I became numb — to others, and to myself. And while I did a lot of good during my career, I also made devastating choices that hurt the very community I swore to protect. I take full accountability for all of it.

Since my arrest in 2018, I have committed myself to living a life of integrity and rebuilding what I destroyed — especially within my own family. I've lost my law enforcement career, my pension, and the respect of many people I once cared about. But I've also rebuilt myself from the ground up.

Since leaving law enforcement, I've worked seasonally as a water truck firefighter, contracting with CAL FIRE and the U.S. Forest Service. Last year

alone, I helped battle nine major wildfires across California and spent over 65 days protecting communities from fire danger. That work gave me a renewed sense of purpose and reminded me what it feels like to serve others the right way.

In the last year, my wife and I started our own fire support company. We now own two water trucks, each with five-year contracts with the U.S. Forest Service and annual contracts with CAL FIRE. We've built this business together from nothing, and it has not only helped us provide for our family — it's given me a second chance to serve with honesty and pride.

During COVID, we also started a small egg farm. What began as a way to help family and friends turned into a local business. We now raise 180 chickens and sell fresh eggs weekly at the Santa Rosa Farmers Market. It may seem simple but seeing members of our community come back each week and say how much they love our eggs has brought my family real joy and connection — the kind of purpose I never appreciated before.

Because fire_ work is seasonal, I'm able to be home during the fall and winter months to support my wife and be a full-time dad. I now take my kids to school, help with homework, coach basketball, and eat dinner with them each night. These are all things I never did when I was working in law enforcement — things I took for granted until they were gone. Today, my daughters know I'm present, and that I love being their dad.
I currently work for a family-owned local excavation company that has welcomed me with open arms. The owner, Lucas Duenas, is aware of my past criminal actions and has trusted me to be a part of their company. I take pride in my job, and this has helped me provide for my family in an honest way.

I no longer justify or minimize my actions. I know what I did was wrong, and I know I caused pain and suffering to the victims I took advantage of. Most of all, I know I broke the trust of the community I swore to serve and protect as well as the trust of the many honest law enforcement officers I was honored to lead. and serve with. I am devastated by this breach of trust and cannot change it. All I can do is act in ways now and in the future that are honorable.

These last five years has given me time to reflect and know; I am not the same man I was when I committed those crimes. In many ways getting arrested and losing my career of fifteen years, as well as most of my friends has let me return to the values with which I began my career in public service I am doing everything I can to live differently, love my family better, and contribute to my community in ways that matter.

I understand that a sentence must be imposed, and I accept that. I only ask the Court to know that I am committed to continuing down this new path — a path built on humility, service, and accountability.

Thank you for taking the time to read this

Jacy Tatum