Exhibit 8

35 Letters of Support

To the Honorable Judge Maxine Chesney,

I am reaching out to you to share personal insight and knowledge regarding Brendon Tatum (Jacy) for your consideration as it pertains to your decision regarding the sentencing of Jacy. I am a retired law enforcement professional with over twenty years of service. My experience stems from time with the Newport Beach Police Department in Orange County, and most recently the Rohnert Park Department of Public Safety (RPDPS-retired 2018). I participated in the initial development of the Rohnert Park DPS asset forfeiture program.

My relationship with Jacy has been both professional and personal. First and foremost. I am disappointed to say the least in Jacy's actions. I am only aware of what I have read in the paper, and the public details of his guilty plea. In conversations with Jacy it is evident he is of the personal belief that he let down the law enforcement profession, his community, his family, and his own value system. I still consider him to be a friend, and I am pleased to learn he is taking ownership of his actions and is actively demonstrating sincere remorse for his actions.

I first met Jacy when I came to RPDPS around 2004. Having come from a more professional organization, I immediately recognized several sub-standard practices and an organizational culture that tolerated, and even favored, unacceptable behavior. During my time at RPDPS, I was aware of officers being arrested and charged for the sexual assault of minors (two separate and unrelated cases), officers being arrested and formally charged related to felony assault weapon charges, reports of excessive use of force, the regular use of racist and homophobic slurs-which the city was aware of, and a small group of supervisors regularly engaging in workplace harassment resulting in numerous investigations and varying degrees of discipline. It is my understanding Jacy himself was the victim of workplace harassment involving racial discrimination early on in his career-the case was settled and a non-disclosure order attached.

It is my personal belief that the toxic culture chipped away at Jacy. I believe it chipped away at his moral compass and his perception of his place within the organization. I could not imagine coming up as a young officer being immersed in this toxic culture.

I observed Jacy to be a very competent officer, both as his peer and as his supervisor. A couple things come to mind as I think back on our time working together. Jacy worked very hard. He was a very driven officer that not only cared about the community as a whole, but also cared about the people he came across any given shift. It was not uncommon for Jacy to buy a homeless person dinner, or put a homeless family up in a hotel, using his own money. He was a diligent investigator, and no crime or disturbance was too small. He was always compassionate to victims and the community, and to individuals he had arrested.

As mentioned above, I was an investigator and supervisor for RPDPS. I have first-hand knowledge of RPDPS organizational leadership failing to implement proper asset forfeiture policies. In fact, the freedom given to Jacy and a few other officers regarding asset forfeiture was grossly negligent. Had RPDPS implemented proper policies consistent with basic "best practices" regarding asset forfeiture, these crimes would likely not have occurred. Furthermore,

the department encouraged and rewarded the seizure of large sums of US currency absent the possession of marijuana-which was a major red flag.

It was the department's refusal to follow best practices and implement basic measures to protect the integrity of the asset forfeiture program that led to my resignation from the program.  It is well documented when law enforcement agencies do not follow proper asset forfeiture policy and drug enforcement policy, officers are exposed to significant negative influences and the door is opened for false allegations.  Jacy endured significant influence from these known, preventable stressors.

I do not offer the aforementioned facts as an excuse for Jacy's actions, but rather as insights into what Jacy was exposed to over years of police work.  Jacy is a good man; a good father and husband; and a valuable member of his community.  I feel Jacy's contributions to the community of Rohnert Park as a police officer, outweigh his failures. I feel Jacy has many more positive contributions to make to society as a whole, and to his wife and daughters.

I believe Jacy is very remorseful for his actions and is actively holding himself accountable for his actions. I also believe he spends a great deal of time thinking about how he can move forward with his life in a positive way.  I hope Jacy receives a sentence which is near the minimum of the incarceration standard, and that he be challenged to move forward with his life sooner than later.

As the court knows, he has young daughters that look up to him and admire him.  As a "girl dad" myself, I can say being there for his daughters and teaching them about his shortcomings and successes, will be part of his penance and an opportunity to make good on his commitment to be better.  I hope the court finds favor in Jacy's positive impacts to those around him when considering his sentence.

Sincerely,


Jason Krauss

707-889-3383 | jrk1976@yahoo.com

August 19, 2025

To the Honorable Judge Maxine Chesney, United States District Court Judge,

My name is Marie Boyd, and I am writing you regarding my firm belief in, and support of, Jacy Tatum as an upstanding man, who has gone above and beyond for the community that I am involved in, as well as for myself and my family personally. I am aware of the charges that were brought against Jacy, I am familiar with the case details and Jacy's uncharacteristic actions that led to the case, and I am aware that Jacy pleaded guilty. Even knowing all of that, I stand in full support for Jacy, and this unfortunate case does not change how I feel about Jacy as a person, and I am still proud to call Jacy my friend.

I am the owner of two small businesses and the founder of a non-profit organization, all of which Jacy has helped me with in countless ways since I meet him in 2017, and I can say without a doubt that I would not think twice about my trust in Jacy. One of my businesses is a long-time horse training/ boarding/ lesson program and I have countless times trusted my entire businesses care in Jacy's hands. The care of our animals, the huge maintenance projects and damage repairs, fire evacuations, youth programs, sick horses – all of it has at one time or another been handled by Jacy on my behalf and it is no exaggeration that my business would not have survived several Sonoma County fires and the covid lock downs if it was not for Jacy's help, kindness and his generosity.

For reference, I would like to share that I am 44 years old, and after 25 years of running my horse business, I have slowly fulfilled my client's final needs, and I started a women owned union electrical shop that will hopefully be my final career move between now and when I reach retirement age. For me to accomplish this, I needed help from my friends and family to get my horse business downsized in a professional way, while also trying to be the full-time face of my new venture. I am sure we have all experienced in our lives when those around us say how much they would "love" to help you, but when the time comes, no one is available. Jacy is one of the only two people among all my friends and acquaintances that has never faltered on me, has never missed a day of support, and has never once not followed through on anything he says he will do. From picking up my mail for me to hunt down a missing letter, to working 8 days strait doing manual labor at my barn and then refusing to be paid because he knew how much my family was struggling, Jacy has always been there for me, to which I am forever grateful.

In 2012 myself and another horse professional started a non-profit horse association that was geared towards offering local, affordable horse events that benefited all levels of riders and offered fun no cost youth events to get more involvement. In 2014 the other woman involved had to move out of state for family, and I continued the venture on my own. The association hosts 2-4 horse shows per year, which have slowly grown over the years and become a staple for our horse community in Sonoma County. After I met Jacy and his Wife,

and at the time their young daughters (that are now beautiful and kind young women), Jacy and his family immediately offered to help with these events, and did so willingly, without any expectations of payment, but simply volunteered because they are good people. If you know anything about horse shows, you will know that behind the scenes of one equal something close to what I consider utter chaos; lots of people's personalities, a large variety of hiccups, even larger levels of expectations, labor, disorganization even after thoughtful planning— the list is endless and always changing. Even during some of my hardest events, Jacy and his wife were there to help when needed and are right there offering to help with the hardest aspects. To say that is a rarity in the current horse industry would be an understatement, and again I am forever grateful to Jacy for this.

In closing, I would like to share a couple final thoughts that I hope share additional insight into what I have written above. First, if a situation were to come up and I needed to hand over my entire life – the care of my animals, the management of my money, my home and/or properties, my family care, I would not think twice about entrusting Jacy with all of it, and knowing him, I would find things in better care upon my return then when I left. I can only think of one other non-family member that I would have that level of trust with, without hesitation. Second, when I think of prison, I think of bad men and women who do nothing to change their ways, who often times make continuous poor choices while awaiting their trials, and who have no desire to prove themselves as changed people. That is not Jacy, and I truly believe in his future of being on the right path and doing good things, which he has proven in all of this time that has passed since Jacy's plea in 2019. Lastly, I think of Jacy's family. Jacy's wife is a wonderful woman who is a go getter and is always striving to grow, and his daughters are amazing young women who have bright futures ahead of them, and they deserve to have their dad with them through these coming ventures. I would not be half as successful as I am today if it was not for the influence of my dad through my teen years and into my 20's, and I sure pray that Jacy's daughters get to have their dad with them when he is most needed.

Thank you for your time and consideration,

Marie J. Boyd
Long time friend of Jacy Tatum & Family

Honorable Judge Maxine Chesney United States District Court Judge

I am writing to you today regarding my experience with Jaycee Tatum. I am aware of the charges against him and that he plead guilty to them.

Prior to last years fire season I placed an ad on Craig's List looking for fire line water tender drivers. We are subcontractors for Cal Fire and the USFS working to help put out wildland fires. Jaycee was one of the respondents. His relative job experience moved him straight to an interview. Prior to the interview we Googled him. So we knew about his getting trouble. He was a strong enough candidate that we still had the interview. He made a good enough impression that we decided to hire him despite his poor choices from the past. To this day I am glad we did. Jaycee is one of the best drivers we ever had. Aways there when you needed him. In our business that often means leaving home with no notice because Cal Fire called us out in the middle of the night. Jaycee quickly became our go to driver. From the Palisades Fire to the Park Fire and many others Jaycee always did what it took to get the job done. When there is a big fire year there is often a shortage of men and equipment to perform the difficult and sometimes dangerous work of fighting the fires. We as a society need Jaycee and others like him to be there in our time of need. When I was out on the fireline with Jaycee I could see how much he loved being able to serve again. Not just enjoying the work but a love of serving the community. One that he probably thought he had lost forever.

I encourage you to give Jaycee the lightest sentence that you can. Not only will he never be in a position to commit that crime again but he has obviously, at least to me, learned his lesson. I think we, as a community, are better off with Jacey in a position to take care of his family and help with California's wildfire problem than we are with him incarcerated.

I understand that you need to consider the source of this letter so I will tell you a little about myself. I am 59 years old and have lived in Marin County for 57 of those years. I am a general contractor who remodels houses and also works as a subcontractor for Cal Fire and the USFS. I Have a wife and two sons. As the boys were growing up I spent many years as an assistant coach for their little league teams. I was the Cub Master for their Cub Scout pack. I was an Assistant Scoutmaster for their Boy Scout Troop. I was the Robotics club mentor for their middle school. I was the auctioneer for

the music program at their high school. I was involved in our local Rotary for many years where I served on the board of directors for our Nova Ro project which provides lower cost housing for seniors who need a little extra help.  I am also on the board of the Marin County California Rifle and Pistol Association.  I have always been what you might call a law and order conservative.  In my 59 year life I have never written a letter asking for lenient sentencing for anyone.  Jaycee is clearly not a typical offender.  In this case I feel compelled to write asking for leniency.

Thank you for taking the time to read this.  If it would help you are welcome to call me any time at 415.990.7791.

Humbly,

Ed Jones

Cutting Edge Construction

Dear Honorable Judge Maxine Chesney, United States District Court Judge,

My name is Kimberly Denno. I am a resident of Sonoma County. I am a Business Office Manager at a senior living community in Santa Rosa. I met Jacy Tatum through my son Wyatt Denno. My son has a love of the outdoors and met Jacy while archery hunting when he was 13 years old. At the time, Wyatt was absorbing all the knowledge of male role models, as he is not close with his father. When Wyatt returned home from his bow hunting trip, he could not stop talking about Jacy and all that he had taught him over that weekend.

To have a man in my son's life that has nurtured and been a constant positive in his life, has had such a wonderful effect in my son's life. I am a single mother and it is hard raising a son that loves to hunt and fish and you know nothing about it. Jacy has taught my son everything about hunting and fishing.

I know what Jacy has done in the past and what he is facing in his near future. I did not know Jacy prior to his pleading guilty for the crimes that he committed, but I do know the man he is now and has been for the last 4 years with my family. I have called and texted Jacy numerous times when I have needed some help with Wyatt. Jacy has been right there and spoken to Wyatt and mentored him to stay in the right direction in life.

Wyatt and Jacy have a bond like a father and son have. It warms my heart knowing that my son has family that loves him and treats him as a son and brother. Jacy, his wife and their 2 daughters mean the world to Wyatt.  He loves going to their house for dinner or helping Jacy on the property.

I have seen Jacy and his wife Kassie at social functions and they are the most gracious and delightful couple to be around.  They belong to a horse-riding club with my fiancé and spend time each week riding together.

We all make mistakes in our lives.  None of us are perfect.  I do know that Jacy has to be punished for the crimes that he committed.  I do not feel his punishment should be served behind bars.  Taking a father of 2 teen girls and husband away will shatter not only the Tatum family, but my family as well.  Jacy has been the best thing to happen to my son in years.  This will destroy Wyatt and the bond that Jacy and he have.  Having Jacy treat Wyatt like a son and help guide him in his young life, is the most wonderful thing to see every day.  He has turned a year of bad choices into years of helping and guiding my son into a great young man.  I am so fortunate to have Jacy Tatum and the entire Tatum family in our lives.

Jacy has so many wonderful qualities that can be an asset to so many people.  I do feel that his sentence should be that of one to help others in the community by use of his many talents that he has.  Just some examples would be habitat for humanity in building of homes, mentoring foster kids with his knowledge of the outdoors or a speaker at schools to help at risk youths.  Make his mistakes a learning tool to help others, and by not letting him rot in a jail cell.  He has done so much good and it needs to continue.

The man that I have known, Jacy Tatum, is an honest, hardworking, devoted family man that is doing right for the wrongs he has done.  Don't let his past mistakes, that he has acknowledged his guilt for, be continued into his future.

Sincerely,



Dear Honorable Judge Maxine Chesney, United States District Court Judge,

My name is Wyatt Denno. I am 17 years old and live in Santa Rosa, California. I was introduced to Jacy Tatum when I was 13 years old. We met while archery hunting with mutual friends. We instantly bonded and that bond has only gotten stronger. Jacy was very open with me about what was going on in his life. He told me about doing wrong and making things right. I have seen Jacy make things right from his wrong doings. He has taught me by mentoring me with things such as respect, trust, family, and of course the fun stuff. Like fishing, hunting, working in construction together and sharing our goals and dreams of the future.

I do not have a great relationship with my father and look to Jacy for guidance and direction. I can always stop by his house, call him on the phone or send a text. He always answers and available to talk to me. I am very close with his family as well. I enjoy being around Jacy's 2 daughters and his wife Kassie. They treat me as a son and brother. I will be graduating high school in the next 6 months. I am a little scared of the uncertain future that I have. I know that Jacy has the same feeling with what he is facing in the coming months with his sentencing. Jacy really has opened my eyes on what a bright future that I have ahead. I know how much remorse and guilt Jacy has for what he has done in the past. I have made mistakes in my life. I know those mistakes I have learned from and know not to repeat. Jacy tells me all the time to do the right thing, telling me to not to that as this might happen.

I really do not know what will happen in the future. I do know that not having Jacy Tatum in my life every day will leave an empty hole that will not be able to be filled. There is no good that can come from him being locked up. It will be devastating to me and everyone that knows Jacy. He is one of the greatest men I know and is a father figure to me.


Sincerely,

Wyatt Denno



**August 11, 2025**

**To Whom It May Concern:**

I am fully aware of the charges against Brendon Jacy Tatum the nature of the activity that led to those charges, and that he pled guilty. I also understand that Jacy faces a substantial term of imprisonment.

My name is Lucas Allen-Duenas and I am the President at L.A.D. Excavation, Inc. we serve the Sonoma, Napa, and Marin County. I have known Jacy since early 2025 in a professional capacity as his employer.

When Jacy first came to apply for a position with my company, before we even discussed job duties or qualifications, he looked me in the eye and told me the story of his past, including the actions that ended his law enforcement career. He did this not because it was required, but because he believes in being truthful, no matter the personal cost. That kind of honesty is rare, and it made a lasting impression on me.

Since joining my team, Jacy has consistently proven himself to be hardworking, respectful, and dependable. I have not received a single complaint from clients or the public while he has represented my company. In fact, I've received unsolicited praise — not only from clients but from other local business owners who have encountered him in uniform. On more than one occasion, he has gone out of his way to help strangers, such as assisting fellow business owners at local stores by loading heavy items into their vehicles. These are small acts, but they reflect his willingness to serve others without being asked or expecting anything in return.

From my perspective, Jacy's criminal acts stand in stark contrast to the man I have come to know. He has shown sincere remorse, accepted responsibility, and has been working diligently to rebuild his life and support his wife and daughters. His integrity in the present, combined with his daily actions, demonstrates that he is committed to positive change.

I am proud to have him as part of my company, and I believe that the character he displays now will allow him to continue contributing meaningfully to society in the future.

Sincerely,
Lucas Allen-Duenas
President of L.A.D. Excavation, Inc
(707) 888-2556

Honorable Judge Maxine Chesney United States District
Court Judge

My name is Jeremy Garcia, I am an employee/ foreman of LAD Excavation. I work with Jacy on a daily basis and I am writing this letter in support of him. I am fully aware of the serious charges he pled guilty to involving theft by extortion, tax evasion, and filing false police reports. I also understand the weight of what he faces in sentencing. I do not write this letter to excuse his actions, but to offer my honest and personal perspective on the man I have come to know and respect deeply.

I have known Jacy for about 6 months now and in all of that time, he has consistently shown himself to have a heart of gold. I have worked around alot of people in this industry, not many can compare to him and help he brings. He is one of the calmest, most respectful individuals I have ever worked with. He listens with genuine care, never judges, and never hesitates to lend a helping hand when someone is in need. I feel a deep sense of relief and gratitude every time he shows up on site because I know I can count on him. His presence is reassuring, and his kindness is consistent.

What Jacy did was wrong, and he knows that. He has taken full responsibility, and he carries that remorse with him every day. But I also know that the actions that brought him here do not define who he truly is. He lost his way, but I have seen him work to find his way back. He is reconnecting with the values he has always held at his core; honesty, integrity, responsibility, and love for his family and community.

Removing Jacy from our community would not be justice. It would be a loss. We need people like him people who have made mistakes, learned from them, and come out stronger and more self-aware. Jacy is one of those people. He is part of our team, and more importantly, he is part of a family and a community that sees the good in him and relies on his presence.

We don't want to lose him. Not his family. Not our team. Not the community.

I respectfully ask that you take this into consideration when determining his sentence. We believe in the man he is today, and we believe in the contributions he still has to make to those around him.

Thank you for your time and consideration.

Sincerely,
Jeremy Garcia

Alexandra Maya McSpadden, MPA, PA-C
7970 Summer Hill Drive
Park City, UT 84098
435-901-1616
maya.mcspadden@gmail.com

January 13, 2022

Dear Honorable Judge Maxine Chesney,

My name is Maya McSpadden and I served as the Lead Physician Assistant at Kaiser Permanente in Santa Rosa.  I worked in Reconstructive Plastic Surgery and Kassie Tatum, the wife of Jacy Tatum, was our lead medical assistant.   For eight years, I worked side by side Kassie who has become a part of our family.  She is the most loving, kind, empathetic, and hard working person I have had the privilege to work with and call my friend.

I understand her husband, Jacy, has pled guilty to multiple charges related to activity while he served as police officer for the Rohnert Park Police Department and faces imprisonment. While these actions seem counter the person I have known over the past eight years, I can also say I have seen a dramatic shift in his character since he left the police department.

Jacy has shifted into a more gentle, kind soul since he left the police department.  I have been witness to him becoming a better father, husband and friend over the last couple years.  I believe he is not only remorseful about his prior actions but has learned from his mistakes and has worked hard to become a better person.  To give you an example of his character, Jacy and Kassie raised over $1,200 through friends and family to help support my brother's 5 and 9 year old children as my brother was dying from cancer.  When their neighbors have had emergencies, he is the first person to step up and offer help.  I have seen how hard he works to care for his home and his family.  He has a good heart, and the person I know is kind, honest, and is an asset to the community.  His past actions don't reflect on the man he is today.   Most importantly, I have seen how he now parents his children through kindness, love and patience. I honestly can't imagine the lasting damage it would do to his girls, who are such bright and wonderful children, if he is imprisoned.

I am writing this letter to implore you to please consider a home sentence or community service instead of jail time for Jacy.  I believe jail time will only add additional burden to our strained jail system especially in the setting of the pandemic.  I would encourage you to consider a sentence that will benefit the community and preserve the innocence of his two young children.   He is a good man, of solid character, that has made mistakes and has learned from them.  I believe he will continue to serve the community in positive ways if given the chance.

Thank you sincerely for your time and consideration.

Respectfully,


A. Maya McSpadden, MPA, PA-C

Kevin Schach
180 Pacific Heights Dr.
Santa Rosa, CA. 95403
1/24/2022

Re: Jacy Tatum sentencing

Dear Honorable Judge Maxine Chesney, United States District Court Judge:

It is with a heavy heart that I write this and most likely the least likely person to be writing this letter. My name is Kevin and I am not a buddy, friend or foe of Jacy's. I am simply the ex-husband of Jacy's wife Kassie and the father of Jacy's step daughter Emily.

Kassie and I divorced when our daughter Emily was only 7 months old. Shortly thereafter Jacy and Kassie began a relationship and were married a few years later. They then had a daughter together named Giana. We have split custody of Emily 50/50 from the day we separated. The reason that I'm giving you this back story is because though it can be tough on my ego at times, Jacy has been an excellent father to my daughter Emily for the past 11 years. He treats her as if she were his own but at the same time is very respectful to me and of my relationship with Emily. I have also witnessed him being an excellent father to Giana of course. Both the girls depend and love him very much.

I know that Jacy made some horrible mistakes because he has actually apologized to me and my family for what he has done and the situation it has put us all in. That took a lot of guts to own up to his mistakes and I truly believe his sincerity.

I am typically the type of person that hopes the courts throw the book at persons that commit crimes of these sorts. But this situation is different for me because the decision you make on the sentencing of Jacy will drastically affect Emily and Giana and their futures. The girls are 12 and 8 years old and are in 6th and 3rd grades. They are both growing up so fast and going through almost weekly transformations. Jacy is a huge part in both of their lives and they will be devastated if he goes away for any extended time.

I am deeply concerned on how negatively it will affect these two innocent children. I know Jacy has done wrong and I completely agree he should be punished but I beg you to find ways to punish him without punishing the innocents of Emily and Giana. The longer he is away from home the worse it will be for the kids to deal with and the worse it will affect their futures. I know that this is 100% Jacy's fault and now it is left in your hands to deal with. I sympathize for the situation you are put in

when having to make these decisions. I don't take this lightly and know that I am asking a lot from you. We will do all we can to help the kids such as counseling and continuing a positive and strong atmosphere at home.

I'm writing this letter from my heart and with only Emily and Giana in mind. Thank you for taking the time to read this and please take this into consideration when determining the sentence for Jacy.

Sincerely,

Kevin Schach

707-481-4182

kcschach@gmail.com

The Honorable Judge Maxine Chesney
Judge of the United States District Court

Re: Character Reference for Jacy Tatum

Dear Judge Chesney,

My name is Natalia Welter, and I am writing to you as a close family friend of Jacy and Kassi Tatum. I have known them for over ten years, and during that time our families have shared holidays, sporting events with our children, birthdays hosted in their home, and countless family gatherings. Through this, I have come to know Jacy not only as a friend, but as a husband, stepfather, and father who deeply values his family and community.

I want to acknowledge that I am fully aware of the charges against Jacy and of the serious nature of his actions that led to this case. I also know that he has accepted responsibility and pled guilty, and I understand he faces a substantial sentence.

What I can speak to, is the man I have known since that period in his life. Over the last six years, I have witnessed Jacy behave with acts of honesty, compassion and discipline, while demonstrating an unwavering devotion to his family.  And as someone who grew up in a law-enforcement family myself, I believe I am a good judge of character and able to see things from multiple perspectives. Jacy is a man who has admitted his mistakes, taken responsibility, and done the hard work of rebuilding his life.

Since leaving law enforcement, I have personally witnessed tremendous changes in him. Jacy has developed a strong, stable, and happy marriage with Kassi; something Kassi once shared with me she wasn't sure would have survived had he stayed in the police force. That, to me, speaks volumes about the personal growth he has made. I have seen Jacy cry, be humbled, and find strength in faith and community during this. He has found joy in simple, honest work like gardening, driving water trucks to fire areas during fire season, and even selling eggs at the Santa Rosa Farmers Market. He has created a new and healthier identity, far removed from the culture he was once in.

Jacy is someone who consistently shows up for his family and others. He cares deeply for his parents, his wife, and especially his children, including his stepdaughter whom he loves as his own. I have seen firsthand his acts of

12/30/21

To the Honorable Judge Maxine Chesney,

My name is Gabriel Watson, I am 44 years old. I am a father to 4 children and I am employed at the Rohnert-Park Home Depot, where I work in the windows and doors department.

I am writing this letter to you your honor regarding my friend Jacy Tatum to offer you some context to his character, as I understand that Jacy has pled guilty to charges and could potentially be facing a long term of incarceration.

I have known Jacy since 2015 when we met at my job when Jacy was looking to replace some windows. We had a lot of common interests including hunting and fishing, as well as having daughters the same age. I also expressed my respect and appreciation to him for his heroic profession. Since then, we have enjoyed numerous bbq's, and kids play dates together. Once, when my

wife Nicole wasn't working and we were struggling to make ends meet, Jacy stopped by my home with 2 grocery bags full of frozen meats, which was heaven sent. On other occasions when I have run into difficult times in my marriage, Jacy has offered for me to stay with him with his family at his home. During Covid lockdown, my wife Nicole and I were both full time essential workers and Jacy offered numerous times with help with child care. At Jacy's home, Jacy and his family introduced my kids to their chickens and my twin 8 year old daughters Makayla and Makenzie both gushed over "they got to hold the baby chicks" for days. Jacy has always been one of the few people I could always count on to offer a helping hand. Jacy is one of the most caring friends and loving and amazing fathers I have ever known and he inspires me to be better every time I see him. It is for

this that I humbly implore you to show leniency your honor.

Sincerely,
Gabriel Watson
gabrielwatson77@icloud.com
707-363-7892 cell

generosity such as opening his home to others, giving of his time and energy, and prioritizing family above all else.

During this time, Jacy has carried the heavy burden of remorse and fear of being separated from his family at any time. For the last 6 years, every holiday, birthday, and milestone has been shadowed by uncertainty of whether it might be his last one with them.

A court sentence is about both punishment and rehabilitation. I have no doubt in my mind that Jacy is a changed man. As for the punishment side, I have seen firsthand how deeply he has already suffered. His life as he knew it was torn away. He was ostracized by friends, his wife was slandered at work, and his daughters faced cruel gossip from peers. He lived for years with the fear that his home might be raided in the middle of the night, terrifying his children. On top of this, Jacy tirelessly searched for work to support his family, even when his name on the front page of local papers made most employers unwilling to hire him. I have witnessed the pain, fear, regret, and anxiety that weighed on him day after day, year after year. There were times he even wished he could begin his sentence just to bring an end to the torment and uncertainty his family was living through. That in itself has been a punishment.

In my role as a mother of two, a local business owner, real estate investor, and lifetime resident of Sonoma County, I value integrity, accountability, and community. I believe Jacy has rebuilt his life in a way that reflects these values. He has shown consistent growth and change, and I truly believe he poses no risk of repeating his past mistakes.

For these reasons, I respectfully ask that the Court consider granting Jacy the lowest possible sentence. He has already shown deep remorse, made positive changes, and continues to dedicate his life to being a better husband, father, and member of our community.

Thank you for your time and consideration.

Respectfully,

Natalia Welter

Sterling Stanford-Mohar
4740 Livingstone Place
Santa Rosa, CA 95405

August 10, 2025

To the Honorable Judge Maxine Chesney,
United States District Court Judge

Your Honor,

I am writing on behalf of my good friend, Jacy Tatum. I understand that Jacy has pled guilty to charges in a US federal court involving theft by extortion, tax evasion and filing false police reports that occurred in 2016 and 2017 when he illegally stopped cars on the highway, seized or extorted marijuana, and then sold it without always properly booking it into evidence during the course of his duty as a police officer. I also am aware that he now faces a significant period of incarceration.

My name is Sterling Stanford-Mohar. I am the mother of two school-aged children and a former elementary public school teacher. I first met Jacy in 2021 when our daughters became friends while taking horseback riding lessons. Since then, I have had the opportunity to get to know him well. I have watched Jacy volunteer his time to cook at fundraisers, help build barns, and teach hopeful ranch hands how to repair fences and other ranch work. He has a natural ability to notice when someone needs help and to step in without being asked.

One example, especially close to my heart is the support Jacy has given my daughter, who struggles with anxiety and is neurodivergent. His patient and encouraging manner has helped her grow in confidence, both on and off her horse. When she was too frightened to go on her first ride with her new horse, Jacy rode alongside her, guiding her the entire way. Later that year, when she attempted her first canter, he held the lead rope and rode alongside her so she could push through her fear. His kindness in those moments left a lasting impression not only on my daughter but on me as her mother.

In our conversations, Jacy and his wife, Kassie, have spoken openly about the changes in his priorities since his legal troubles. His values center on family, close friendships, and hard work. While I cannot speak to who Jacy was before I met him, I can speak with confidence about the man I have come to know: someone who consistently demonstrates compassion, integrity in his interactions, and a genuine desire to contribute positively to those around him.

I have also seen how Jacy has accepted responsibility for his past. Rather than becoming bitter or resentful, he has chosen to face the consequences and focus on growth. He has endured the personal costs of his actions—strained relationships, lost friendships, and difficulties in finding employment—and he has witnessed the impact on his wife and daughters. Yet he continues to work toward rebuilding trust and living by the philosophy of "paying it forward."

As a mother and former teacher, I know the importance of strong role models for children and youth. For this reason, I believe that Jacy can continue to make a positive difference not only for his family but in his community as well. I respectfully ask that you consider this when determining his sentence and grant him the lowest possible sentence, so that he may remain present and continue to build on the progress he has made.

Thank you for taking the time to consider my perspective. I hope it provides a fuller picture of Jacy's character as he is today.

Respectfully,

Sterling Stanford-Mohar
(707)321-3814

Angela DeGraffenreid
58 William Street
Cotati, CA 94931

January 31, 2022

The Honorable Judge Maxine Chesney
United States District Court Judge
Re: U.S. vs. Brendan Jacy Tatum

Your Honor:

My name is Angela DeGraffenreid and I am Jacy's cousin. I am 41 years old and currently work for Kaiser Permanente as a home health occupational therapist and member of the rehabilitation team. For the past 13 years I have also worked a second job at Greenacres Boys Home, a non-public school for young men with emotional challenges and developmental delays. I have always considered my family as the greatest blessing in my life. I work hard to share my positive spirit and joy with my patients and clients.

Jacy and my aunt have always been very bonded to my immediate household in our already close knit, greater family on my maternal side. As youngsters, Jacy, my brother Gino and I were comrades. We are the youngest of the cousins and grew up together. Since Jacy is an only child, my brother and I considered him a part of our family. We spent most weekends, all summer and holidays sharing precious memories.

We were very fortunate to have learned the discipline of hard work and productive days where we collaborated and spent long hours on our small farm raising pigs, cattle, chickens and goats. Jacy shares these same values with his daughters and has taught them the love and respect of all animals and the patience of growing a garden.

Jacy is one the most caring and kindhearted people I know. He is a devoted husband and loving father. He is friendly, helpful and first to offer assistance or really listen. I have always been very proud of his achievements and success at such a young age. I worried for his safety as a police officer as our small town has grown to have more crime. I trusted that Jacy's life experiences, intuition and calm personality would keep him safe in dangerous circumstances.

Growing up, it was rarely spoken but understood the challenges Jacy faced by not having a father and being biracial. My maternal grandfather, father and uncles always held space for Jacy as their own. My Grandfather and Uncle Lawrence Jones "Officer Friendly" deaths in 2006

and 2009 respectfully were devastating for our entire family and especially for Jacy.  Uncle Larry was Rohnert Park's first black police officer and the only other non-white member of our family.  My Grandfather Silvio experienced racism in his youth as a poor child of Italian immigrants and he taught our family to be considerate of all races and abilities.

I am aware of the serious charges Jacy faces and I am writing you in an attempt to share the Jacy I know.  In my career it is my job to evaluate rehabilitation potential for patients and students after illness, trauma and abuse as well as establish treatment plans to maximize their return to functional independence and safety in their environments.  In my professional opinion Jacy has demonstrated excellent potential for personal growth, healing and rehabilitation.  He is very fortunate to have self-reflecting cognitive ability, maintained good health, no substance or alcohol abuses and has sought to better himself with therapy and yoga practices.  His belief in God and spirituality is also a great asset as he finds ways to forgive himself and the embarrassment he has brought upon our family and community.  I believe isolation and incarceration could deteriorate the gains he has accomplished thus far.  His value as a father, husband and cherished member of our family and community is a greater benefit.   He has made poor choices but is a good person.  I have always been impressed to see the grace in the rise of individual's personal growth that is much greater than the failures they have endured.  Thank you for taking your time to read this letter.

Sincerely,

Angela DeGraffenreid

James Dean and Shari DeGraffenreid
328 Millbrae Avenue
Santa Rosa, California  95407

January 15, 2022

The Honorable Judge Maxine Chesney
United States District Court Judge

Re:  U.S. vs. Brendan Jacy Tatum

Your Honor:

My husband, Dean, and I are writing a shared letter on behalf of our nephew, Brendan Jacy Tatum.  We are aware Jacy has recently pled guilty to several serious felonies; the potential consequence could be horrendous, and you have broad discretion in this regard.

I will start with explaining who we are.  Dean and I are both life-long Sonoma County residents.   In 1971, upon Dean's honorable discharge from the Army and return from Viet Nam, he resumed seasonal firefighting with the then California Department of Forestry.  At that time, we also started our life together. Dean spent the next 30+ years rising through the ranks of the Sonoma County Fire service and retired as Chief in 2003.  During his career, he received many awards and accolades for his service.  He was president of the Sonoma County Fire Chiefs Association as well as the Sonoma County Fire Directors Association.   He was and is well respected in our community.

In 1971 I began my career as a legal secretary, working for a small local firm.  I moved on to the courts whereby I worked for several years as a clerk to the Honorable William B. Boone, Judge of the Superior Court, County of Sonoma until starting our family in 1979.  Seeking part time employment, I commenced working for criminal defense attorney, Chris P. Andrian in September 1979.   I performed the clerical and managerial duties of our small office.  When in trial, I was Mr. Andrian's trial assistant, spending long days in court and evenings preparing for the next day.  Over the years, the office grew and so did my duties.  I retired from the Law Offices of Andrian and Gallenson in 2009.  When I learned that you would be presiding over Jacy's case, I immediately recognized your name and aware of your many years of experience.

We have a son, Gino, another Sonoma County firefighter, and a daughter, Angela, a home health occupational therapist.  Gino, Angie and Jacy are very close in age, and they spent much time together.  The three kids were the best of friends; Jacy accompanied us on annual spring and summer vacations to our cabin near Lake Almanor.  He and his mother (my sister) spent more Sunday evenings having dinner with us than not.  He would often spend the weekend with us, where he was the first up in the morning to go clean the barns and feed the livestock.  He loved the outdoors and assisted Gino and Angie with their 4-H/FFA projects, even helped them show at the local fairs.  Jacy spent a lot of time with us.  Dean and I have always considered Jacy another one of "ours".  Naturally, as the kids grew up and had their own lives and families, the amount of time spent together decreased.

Our family has always been very involved in helping our community.  Dean has a reputation for great barbecue food; hence we were one of the first to be called upon by local fundraising organizations.   Gino,

Angie and Jacy volunteered their time as well; everyone working very hard.  As an adult, Jacy continued this tradition.  He has his own barbecue, donating his time and talent to helping others.  Jacy is the first one to volunteer flipping pancakes at fire department breakfasts, helping with the toys-for-tots program, and when Supervisor Carpenter appointed me to the Sonoma County Fair Board, Jacy continued his volunteerism at numerous fair events.

 Most of our family tend to be work-alcoholics and Jacy is no exception.  My parents set the bar high; we all struggle to keep work and family time in a healthy balance. Upon Jacy's departure from law enforcement, he was employed by PG&E where he supervised a fire prevention program.  We have heard from numerous PG&E employees that they found him to be honest, hardworking, truly valued and now missed.  I know for many years the City of Rohnert Park was grateful for his service as well.

Jacy never tooted his own horn, yet we are aware of his medals, awards, certificates and the many accolades he received via the local newspaper.  He was often praised for his heroic efforts.  Our son occasionally works with members of the Rohnert Park Police and Fire Department.  Many of Jacy's co-workers would share stories of his excellent training and mentorship, how well respected he was,  and their gratitude while on duty with him, knowing he always had their backs.  He was awarded the medal of valor from the attorney general, outstanding officer of the year and numerous accommodations for his service over the years.

Jacy was and is an excellent father.  His girls are sweet, polite young ladies.  Both are very young, have been raised to be honest, respectful and kind.  They adore their father.   Jacy is one of eight grandchildren and the grandchild that spends the most time with his 91 year old grandmother.   She lives in Rohnert Park. Several times a week, Jacy stops by for a short visit or calls her on the telephone.   They share many wonderful memories and love to repeat old hunting and fishing stories.  When he takes his daughters with him, it truly makes her day.  This is the kind, compassionate Jacy we know.

Somewhere along the journey, Jacy lost his way.  His actions have devastated his life, the lives of his wife and daughters, and our entire family.  Some of his friends, many co-workers and even some family members have disappeared.  He has and will continue to experience the negative effects of his actions.  He has shown extreme remorse to all of us.

 During my career at Andrian & Gallenson, it was my job to review the character reference letters sent to the court on behalf of our clients.  I never thought I would be writing one, begging for the court's leniency. That is what we are asking, for your mercy when sentencing Jacy.  Please take into consideration the Jacy that we know.  As you are well aware, good people make stupid mistakes. Jacy is one of those people.

Thank you for your time.  Thank you for your consideration of leniency.

Sincerely,

James Dean DeGraffenreid          Shari DeGraffenreid

: Honorable Judge Maxine Chesney United States District Court Judge

I am writing on behalf of my close friend, Jacy Tatum, whom I've had the privilege of knowing for several years. Over time, our friendship has deepened significantly—we've become like brothers.

We first met through a mutual friend who works with horses. Jacy often stepped in to help care for the ranch when she was out of town or needed support. From the beginning, I sensed that Jacy carried a heavy emotional burden that I was not aware of. As a single father raising two teenagers while managing a contracting business, I understand the weight of personal responsibility and the toll it can take.

Jacy and I share a deep empathy for others. We both strive to support those around us, and in doing so, Jacy has been a source of strength and encouragement in my life— more than he likely realizes.

Jacy eventually opened up and shared his past with me. However, I believe in judging a person not by their past mistakes, but by their present character, values, and actions. Jacy was visibly relieved that I didn't turn away from him, and I know how much that acceptance meant to him.

He has acknowledged his past choices and the consequences they brought. I am confident that he has learned from those experiences and is committed to a better path. Over the past few years, I've witnessed the toll that fear—particularly the fear of being separated from his children and his wife—has taken on him. It has aged him, but it has also transformed him.

Jacy is deeply committed to being a positive example for his children and a contributing member of his community. He consistently puts his family first, attends church regularly, and dedicates his time to helping others. His integrity and selflessness have earned my respect and trust.

One small but telling example: even when the fishing conditions are perfect and I try to convince him to join me, he will choose time with his family over personal enjoyment. That kind of dedication has inspired me to be a better father and to prioritize my own family more intentionally.

Through working together on various projects and time spent on the water, our friendship has grown stronger. I trust Jacy deeply, and I can't think of anyone I'd rather face life's challenges with—whether literal or metaphorical stormy seas.

I hope you can see the growth and transformation in Jacy's character. He is no longer defined by his past, but by his present commitment to doing good. If leniency is possible within the bounds of the law, I respectfully ask that you consider it. We all make mistakes, but those who learn from them and strive to uplift others deserve the opportunity to continue doing so.

Thank you sincerely, Darren Crawford

---

Darren Crawford
Cell: (707)477-3476
Lic # 940306
Crawfordconst.com



Honorable Judge Maxine Chesney United States District Court Judge,

My name is Leslie Stirnus and I am writing this letter in support of Brendan (Jacy) Tatum.  I am aware of the charges and nature of activities that were brought against Jacy and that he pled guilty and could serve a substantial amount of time on probation, or in prison.  I did not know Jacy during the period of his charge and cannot comment on what could have caused him to make the choices he made.  I am writing in support of Jacy and to my interactions and friendship with him and his family from 2022-2025. The Jacy Tatum who is accused, and has admitted to these accusations, is not the same Jacy Tatum I know today.

I am a retired elementary school teacher of 32 years in Sonoma County.  My husband, Bill (retired Principal) and I, live on a family compound with our animals, son, daughter-in-law, and two grandsons in Santa Rosa.

I first met Jacy and his wife Kassie through my horse community after his daughter was gifted a horse from her grandparents in 2022.  Their daughter's horse and mine were boarded at the same location in Santa Rosa.  My first impression of Jacy was that he was extremely generous with his time, kind, very personable, and was willing to lend a helping hand to whomever seemed to need it. I have spent many hours with Kassie, Jacy's wife, riding horses and Jacy would join us upon occasion. I always appreciated Jacy on our rides because he always had an eye on me, being sure that I was ok, and offered help, as I am considerably older than the other riders. Through our common affection for horses, I have developed a close relationship with Kassie and Jacy as a couple and as individuals.

I have a few examples of the Jacy I know. One day at the barn where we kept our horses Jacy and I were talking about the chores that needed to be done to each of our horses' stalls. When I arrived to check on my horse two days later, I was surprised to see everything I had mentioned had been completed.  I found out it was Jacy who had taken on the task. That was the beginning of me learning who Jacy is. .

Our family purchased a small farm in 2023. Before the horses could come to the property, we needed to hot wire our fences. Jacy volunteered to shop for the supplies and helped us install the hotwire on the two acres that needed it.  Jacy spent two days setting up the hotwire system to ensure our horses would be safe. Jacy and Kassie transported our horses to their new home. This is yet another example of how giving of his time and know how.

A few months ago, he took it upon himself to ask me to bring my horse trailer to his house so he could rotate the tires and grease the axles. He also extended the offer to our other riding buddy. And, yes, we took him up on it.  He wanted to make sure we were safe when hauling our horses. Jacy also came over to my house one day when I was away check on my horse because my horse was sick. Jacy knew I was worried about him. I didn't ask him to, he just did it because he is a thoughtful guy. This is the man I know.

to, he took it upon himself to check things out for a friend, me. but that is the Jacy I know. These are just a few examples of who Jacy is.

The Jacy I know is a loving father, a good husband, and a very hard working man.  He is helpful, respectful, reliable, honest, and looks for ways to help and serve however he can without even being asked.

Jacy is a good man, and he spends a lot of his time doing good things for others.  He has already lost so much over the past years since he pleaded guilty to the crimes. He's lost self respect, respect of others, some family members have turned their backs on him, friends have faded away. Meaningful employment has been hard to find. All that, yet he carries on, taking opportunities to show who he really is. Jacy and Kassie have had this sentencing looming since Jacy cooperated years ago. I hope the court will see fit to consider that in the years since his trial Jacy has put work into turning his time and talents to do good for his family and others. I believe he deserves the lowest possible sentence.


Thank you for your time and consideration.

Leslie Stirnus
707-292-2491

Dear Honorable Maxine Chesney, United States District Court Judge,

I am writing to respectfully offer my support for Jacy Tatum and to share my personal experience of his character, growth, and commitment to accountability. My hope is that the Court will consider these reflections as part of its deliberation in determining an appropriate sentence.

I met Jacy through my then-partner, Darren Crawford. Jacy and Cassie's daughter is close in age to Darren's daughter, and over time, we spent meaningful time together as families. From the beginning, I was drawn to Jacy's warm and welcoming demeanor. He has always been eager to connect with others and foster a sense of community among friends and family.

As our friendship deepened, I had the opportunity to speak with Jacy at length about his current legal situation. Throughout these conversations, he has never wavered in expressing sincere remorse for the decisions that led him to this point. He consistently takes full accountability and accepts the consequences of his actions with humility and grace.

Jacy has shared with me how this experience has motivated him to become a better husband, father, and friend. He lives with integrity and honesty, and he remains mindfully present in his role as a parent and partner. He prioritizes his family, attending school events and extracurricular activities for both his daughter and stepdaughter.

Many individuals might lose hope when faced with the reality of incarceration, but Jacy chose a different path. He committed himself to personal growth through therapy and self-reflection, and I have witnessed firsthand the strength and clarity this journey has brought him. He has also made intentional efforts to surround himself with honorable and supportive individuals—an important reflection of his evolving values and perspective.

Knowing that he may be separated from his family for a significant period, Jacy has worked diligently to prepare and protect them. His wife has shared with me the thoughtful steps he has taken to ensure she is equipped to manage their property and responsibilities in his absence. He has patiently taught her how to drive a tractor, pull a trailer, and handle traditionally "masculine" tasks—using these moments not only to prepare her practically, but also to deepen their bond as a family.

As a paralegal, I understand the principles that guide our justice system—deterrence, incapacitation, rehabilitation, retribution, and restitution. In Jacy's case, I believe rehabilitation has already taken place. His transformation is evident in his actions, his mindset, and his unwavering commitment to making amends.

I have no doubt that Jacy will continue to be a valuable member of our society and that he will carry the lessons of this experience far beyond any sentence imposed. His dedication to personal growth and to those he loves is both inspiring and enduring.

With this in mind, I respectfully urge the Court to consider the extraordinary work Jacy has done since his arrest and to exercise leniency in sentencing. Allowing him the opportunity to continue his positive contributions to his family and community would serve not only justice, but also compassion.

Thank you for your time and thoughtful consideration.

Amanda Neal
Senior Paralegal
**NORTH BAY FAMILY LAW PC**
1160 N. Dutton Ave., Suite 100
Santa Rosa, CA 95401
707-240-0096

...

September 3, 2025

Senior District Judge Maxine M. Chesney
San Francisco Courthouse, Courtroom 7 – 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

RE: Brendan Jacy Tatum

To the Honorable Judge Maxine Chesney United States District Court Judge,

My name is Sheri Perez, and I met Jacy 3 years ago during a fishing trip to Fort Bragg. My dad has been friends with Jacy's father-in-law, Robert, for over 35 years. This trip was a fun and memorable for all of us as we spent 3 days on the water and caught some beautiful Bigeye Tuna weighing nearly 200 pounds. Since then, we have taken approximately forty trips out on the Pacific and spend hours, if not days, on a 23' boat.

You get familiar with your boatmates quickly and it is extremely important for safety purposes to trust each other and have the ability to communicate. Needless to say, you get to know each other well. We occupy such a small space on this vast ocean that it is also necessary to get along.

I have been so blessed to have Jacy in my life, and I embrace him as my younger brother, a bonus sibling. My family loves him and his family and would do anything for them. We all share a passion for adventure and being self-sustaining. We all work really hard for our families' benefit, and we hope to leave our children better than we had.

I have watched him create a firefighting support business to help with our states increasing and devastating fires. When he gets the call to deploy, he will leave that night and work tirelessly until it is contained. His new venture creates employment opportunities, and he is committed to maintaining a highly trained and safe workforce.

In addition to his fire business, he and his wife are selling their farm eggs at a local farmer's market. They are teaching their daughters valuable life skills on their homestead, growing fruits and vegetables, and caring for all their farm animals.

Jacy is a wonderful father, too, in that he is always there for his girls. Often when we are on the water, our trip will end when he needs to pick them up at school or take them to their games. It warms my heart to see a dad take so much pride in his children and be active in their lives. I love that he and his wife go to their games and cheer on the girls from the sidelines.

And Jacy's wife, Kassie, to know her is to love her. She is an intelligent, kind, and a beautiful woman. Along with Jacy's desire to help people, she shares that same core

value working in the medical field. They really do bring out the best in each other. Their love for each other and their children is evident in every aspect of their lives.

I did not know Jacy when his legal troubles began approximately 10 years ago but I do know he is not that person today. I believe he has matured, and it is evident that he is being his best version, today. In all honesty, any punishment imposed by you will not compare to the punishment he has given himself. The remorse he feels and burden of wrong-doing weighs immensely.

Please recognize that he is really trying hard to make amends. If you are considering a punishment, put him to work. He is motivated, strong, and proactive and community service or probation would be better suited in this case. I believe in him and know that once this chapter is closed, his life will still be dedicated to helping people.

Thank you for reading my letter. If I can answer any questions for you, please do not hesitate to contact me.

Sincerely,

Sheri Perez
sheri.perez@yahoo.com
Cell: (707)494.4368

## Stuart Hanlon

| | |
|---|---|
| **From:** | Mike Montiel <12kv@comcast.net> |
| **Sent:** | Tuesday, January 25, 2022 3:03 PM |
| **To:** | Stuart Hanlon |
| **Subject:** | Fwd: Jacy Tatum |

**From:** Montiel, Mike
**Sent:** Saturday, December 18, 2021 11:49
**To:** Mike <12kv@comcast.net>
**Subject:** Jacy Tatum

HONORABLE JUDGE MAXINE CHESNEY
UNTITED STATES DISTRICT COURT JUDGE

Dear Judge Chesney,

    My name is Mike Montiel and I am writing you with respect to Jacy Tatum.  I am aware of the charges against him and I am hopeful that I can provide you with my personal experienced observations as to who Jacy really is, and what he represents.
 First off, I would like to introduce myself.  I work as a PG&E Electric Construction Supervisor for Sonoma Division based out of Santa Rosa.  I've been with the company for 24 years now and I've had the opportunity to work with a lot of great people who share the same passion to help our community.  I Supervise a large group of Apprentices, Lineman & Crew Foreman.  Our main focus is Emergency response, electrical maintenance, new business jobs & customer service.  We often respond to local emergencies but also travel out of town for weeks to assist in major storms, snow storms and fires.  We also have a Safety & Infrastructure Protection Team (SIPT) assigned to our area that assists us.  Jacy is  the lead of this team and he works closely with our Line Crews during scheduled jobs in high fire areas, 911 standby relief & storm damage response.  The SIPT teams are equipped with F550 Fire trucks and they have medical training to provide assistance if needed.  Our SIPT team members have become part of our team.

    I've known and worked with Jacy for the past few years and I have to say, it has been a pleasure.  It wasn't long after meeting Jacy that professional relationships & personal friendships were developed.  Jacy became part of the Lineman family and often spent time outside of work with the guys.  Whether it was barbequing together with their families, or hanging out on the weekends, friendships were made.  Jacy is the kind of person that is caring and willing to help others.  He loves to Barbeque so he often volunteered to shop & prepare the food on his own time and for events.  He loves to fish, hunt, camp, cook & be with friends & his family. The top qualities that come to mind when I think of Jacy are Professionalism, Integrity, Compassion, Leadership & Work Ethic.  Jacy is a leader,  he earns respect from his friends and coworkers because of his qualities & devotion to do the best he can.  He is always willing to go the extra mile to help out and volunteer anytime there was a need.  He assisted in many fire events and storm events to help our communities restore power.

1

To say the least, it was very shocking for me to hear about the charges that are brought against Jacy. I'm still having a hard time believing the mistakes that he made, and it is totally out of character for Jacy. Everything that I know about Jacy doesn't line up with what he did. Again, this just leads me to believe that he made a mistake. I'm hoping that you will take everything I have said and offer Jacy the lowest possible sentence because he really is a good person. He just made some bad decisions and knowing Jacy, he learned, he wants to take accountability, accepts the consequences and wants to move on with his life and with his family.

Respectfully,

Mike Montiel

Laura Coleman
PO Box 27
Rio Dell CA 95562
(707)617-8369
laura.s.coleman1@gmail.com

27th January 2022

**Honorable Judge Maxine Chesney**
**United States District Court Judge**

Dear Honorable Judge Maxine Chesney,

This letter is in regards to Jacy Tatum who recently plead guilty to charges of theft, tax evasion, and filing false police reports in the Northern District of the US Federal Court of San Francisco. My purpose of this letter is not to plead that his actions were honorable; however I do want to express my experiences with Jacy as a co-worker and friend.

I first met Jacy as a co-worker when I joined the Safety and Infrastructure Protection Team (SIPT) for Pacific Gas & Electric (PGE) Company. He worked within the same area as I did although we didn't work together on a daily basis. I am located in Eureka Ca. The SIPT group of PGE responds to wildland fire incidents as one of its duties. On a fire incident, The August Complex, is where I first worked with Jacy. I was relatively new and he helped me learn the ropes of my new position. He worked hard during this incident and many others that we both were assigned too. We also responded to winter storms which is where I last worked with Jacy before he left the company. Living in Humboldt his case was in the news and I have kept in touch with him through his process. I am grateful he pleaded guilty in that it should allow everyone involved some peace and closure.

As we worked together we also became friends. We discussed family and values. Although his actions caused people distress and hurt others, I don't believe this to be the same person as Jacy is at his core. He is a loving family man, cares deeply for those he works with, and is one of those friends that would help another person out whenever needed.

I know the judicial system has a duty to act responsible, I am hoping that a glance into Jacy from another perspective will help him during sentencing.

Sincerely,

Laura Coleman

Kristi Rosevear
1077 Hawthorne Circle
Rohnert Park, CA

August 08, 2025

The Honorable Judge Maxine Chesney
United States District Court Judge

**Re: Character Letter for Jacy Tatum**

Your Honor,

My name is Kristi Rosevear, and I've known Jacy for several years now. We first met at the gym, and what started as quick hellos turned into real conversations and eventually a friendship. Over time, I learned that Jacy is one of those rare people who genuinely listens and cares about others.

He's the type who cheers you on when you're working toward a goal, offers advice without judgment, and checks in just to see how you're doing. I've watched him encourage people when they're struggling and celebrate with them when they succeed. That's just who he is—supportive, positive, and loyal.

I know about the situation that has brought Jacy here today, and while I don't excuse it, I can honestly say it doesn't match the person I know. We all make mistakes, but not everyone owns up to them. Jacy has been upfront, cooperative, and truly remorseful. He's not hiding from what happened—he's been facing it head-on.

I also know how important his family is to him. Taking him away from them wouldn't just punish him—it would hurt the people who depend on him the most. He's not dangerous, and he's not the kind of person who would repeat the same mistake. He's already learned a hard lesson, and I believe his best chance to keep moving in the right direction is to be with his loved ones, working and contributing, not sitting in a cell.

I'm asking you to please consider house arrest instead of prison time. Jacy has a good heart, strong values, and a support system that will keep him on track. I believe he'll continue to prove that he's more than this one chapter of his life.

Thank you for hearing me out.

Sincerely,
Kristi Rosevear

Jan 4, 2022

Honorable Judge Maxine Chesney
United States District Court Judge;

I am writing to let you know I am aware of Joey Tatum's Charges and the consequences he is facing. I am saddened & disappointed as this is not the man I know! I am shocked to say the least!!

Joey and my oldest son met in Senior High School and became best friends quickly. Joey was the kid that always was respectful and honest and became a part of our family. He was the one and only that would protect my younger son against the older boys teasing and harrassing him. He looked up to my husband and was always looking for the "father" figure as he did not have a father at home.

When he became a police and fire fighter for Rohnert Park I wasn't surprised as his need to be around and accepted by men was something always was looking for.

I feel Sacy was lost in the system after being on the force for a short time when the shooting happened! How did this happen to one of our officers? So very sad. I wonder if this contributed to what ultimately happened.

I have dedicated the past 11 yrs to being a Realtor with my passion to our "Heroes". I support our police & fire and feel that when something happens in their world, ie shooting, we owe it to them to get counseling for them. To my knowledge that was not offered to Sacy and that changed his course in life.

I beg of the court to have leniency when punishing and sentencing Sacy. He has always been a honest, hard working and kind man, and I know that firsthand. He is an awesome friend, father & son

With hope & forgiveness,

Penny Shepherd

Jan. 22, 2022

Dear: Honorable Judge Maxine Chesney

My name is Forrest G Farnsworth, I am the owner and operator of International Big Game Studio of Taxidermy located in Sebastopol California.

I have been at this business for over 58 years and have known Mr. Jacy Tatum for nearly 30 of those years.

Of these many years I have done taxidermy work for thousands of sportsmen hunters and fishermen. (women too) And as a good cross-section of this 'community' some of the finest men & women. People you would invite to diner and introduce to family and friends. People with good character, who are honest and trustworthy.

I would put Jacy amongst my top 50 clients. And of those the top 20 in all around character.

I was very shocked when I heard of Jacy's perdicament. I felt sure they must be talking about the wrong person.

Knowing Jacy as I do, I would focus more on who he is now rather than try to understand why he went down this path.

What I do know is this man is very remorsful of his mistakes and has repented of this wrong that has been comitted.

I have never lost sight of who Jacy really is!

I know the inside of this mans' heart, it is full of goodness, kindness, benevolence, generosity and sincerity.

Also, he has suffered immensely because of this fall.

If I can be just a small voice to help Jacy, and to help illustrate to the court, to give him a second chance and to help find peace of mind. Jacy needs to be where he can fulfill the needs of his family - his wife and two young daughters, who certainly need the father that he is; too guide and direct them especially trying to grow up in our world today. He is their strength and protection.

I see a changed man in all respects Jacy on the 'outside' will certainly benefit society and see that his family is protected and loved as he make his restitutions.

Thanking you in advance for your consideration of my thoughts on Jacy Tatum.

I have made this statement on behalf of Jacy Tatum in truthfulness and sincerity.

Forrest S. Farnsworth

Jan 22, 2022

Pablo Carballedo
1116 Shelter Creek Lane
San Bruno, CA

August 08, 2025

The Honorable Judge Maxine Chesney
United States District Court Judge

**Re: Character Reference for Jacy Tatum**

Your Honor,

I have known Jacy since 2018, and although I was not immediately aware of what was going on in his professional and personal life, it never changed the way I saw him—as a man, a friend, and a provider for his family. Jacy is the type of person I would trust with my life, and I do not say that lightly.

We met through mutual friends and quickly became close. I could tell right away that he was a genuine person. Our friendship began with a shared love of hunting and the outdoors. I did not grow up with that experience, but Jacy gladly took me under his wing and taught me. Through my mistakes, mishaps, and lack of knowledge, he never let me fail. He was patient, encouraging, and generous with his time, and for that, I am forever grateful.

When you share these kinds of adventures, you form a brotherhood. Away from the distractions of modern life, we had many meaningful conversations about life, family, and the outdoors. It was during these times that I saw the deep pain and regret Jacy carried—not just for jeopardizing his career, but for the impact it had on the safety and security of his family.

Above all, Jacy is a family man. While I do not condone what he did in the past, I understand that we are all human and inherently flawed. I have never passed judgment on him because I know how deeply remorseful he is.

There are people who care only for themselves—people who lack accountability, live in denial, and have no shame. Jacy is not one of those people. His actions were a lapse in judgment, not a reflection of his true character. If he could go back and undo what happened, I know without a doubt that he would—not out of fear of legal or

social consequences, but because his conscience has been deeply affected by this chapter in his life.

His cooperation with the courts, law enforcement, and all involved in this process shows his commitment to moving forward and returning to what he does best—being a provider, a hard worker, and a loyal friend.

Before starting my own business, I faced serious financial hardship and lost nearly everything. During that time, there were four people who stepped in to help me: my parents, my girlfriend, and Jacy. He offered not just financial help but emotional support, without me ever asking. His generosity is something I will never forget.

I know Jacy's true character. He is selfless to a fault, always putting others before himself. For these reasons, I respectfully ask that the court consider a sentence of house arrest rather than prison time. Jacy is not a violent offender. He has already been ostracized socially, paid his fines, and fully cooperated with the legal process. He poses no threat to society, and removing him from his family would cause unnecessary harm to the people who depend on him.

Thank you for your time and consideration.

Respectfully,
Pablo Carballedo

Kathryn Porcaro
870 Marguerite Mine Rd
Auburn, CA 95603

January 10, 2022

Re: Jacy Tatum

Honorable Judge Maxine Chesney United States District Court Judge,

My name is Kathryn Porcaro. I am a corporate buyer and have been in this field for eighteen years and with my current employer for ten years. I have known Jacy Tatum for eleven years. He is married to my niece Kassie. I have observed Jacy's relationship with my niece as they began their journey together, witnessed his proposal to Kassie. Celebrated both on their wedding day, and was present for the birth of their daughter Gianna. He is deeply committed to family, always.

I have been aware of the charges against Jacy. He was forthcoming in explaining the nature of the charges to me. A very difficult day indeed. Jacy has made mistakes and is extremely regretful. I understand the seriousness of this matter however, hope the court will show some leniency.

Jacy has been the hub of our family. He is generous, patient and kind. He is my nephew through marriage, I also consider him a friend. He's been there for me, especially during my divorce without hesitation helped to move me into a new home. Always providing sound advice, compassion and emotional support.

He was wonderful to my mother and treated her with a great deal of love and respect. Jacy called her nana. He made time for her. Which speaks greatly to his character and love of family. She was most happy at family dinners, and when Jacy cooked her meals.

Your Honor, it is my sincere hope the court takes my letter into consideration. Jacy has my wholehearted support. I truly believe Jacy Tatum to be sincere man, a loving husband and devoted parent and loyal friend.

Sincerely,

*Kathryn R. Porcaro*

Kathryn R. Porcaro

1

**To the Honorable judge Maxine Chesney**

I am writing this letter to tell you my thoughts about my friend and cousin Jacy Tatum.

I am aware of the charges against Jacy, as well as the nature of his activity and the investigation which led up to those charges and that Jacy could be facing years in federal prison.

I am one of Jacy's second cousins, first cousin to his mother Kathy, I live in Sonoma County with Michelle whom I've been married to for 30+ years and have owned my business Hamilton Cabinets in Petaluma employing anywhere from 6-10 craftsmen since the late 90s.I also work on restoring historic buildings in the Bay area. I have known Jacy since his childhood and have been on many camping, fishing and outdoor adventures with Jacy and his grandfather, my uncle Silvio who we shared a love of the outdoors with. I have a closer relationship with Jacy than any of my other first or second cousins I think in part due to that I am the youngest of nine first cousins with the closest being over 10 years my elder and even though we all grew up in Sonoma county they were all adults when I was eight and with that gap we never really were close, I have no children of my own and share a similar love and respect of the outdoors that Jacy has.

I have no Knowledge of what led to Jacy losing his moral way after years of exemplary service. (peer pressure within the drug interdiction team of Rohnert park?, the thought of easy money?, power?, Could the officer involved incident where Jacy ended up taking the life of another man and what living with that somehow contributed?) Thus far I have not asked him WHY he chose to commit these crimes but whatever it was that led him here there is no excuse and no one else to blame, he should and is accepting responsibility in his role. In following this case and reading the charges against him it is clear to me how careless Jacy was in decisions that he made and how those actions are now affecting his immediate family, has destroyed his career as well as being ostracized by some friends and family. Looking back maybe I should have seen something or had a sense of something not quite right, but I did not. I consider Jacy one of my best friends, although I am angry with him at the choices he has made and what he is putting everyone through I continue to stay close with he, his wife Kassie and two daughters Emily and Geona but currently see him as fragile (not the leader that we have seen in the past) with things out of his control, the unknown of what lies ahead for his wife and two daughters if he ends up in prison and can he possibly gain any respect back in our local community. I have been around Jacy since his childhood and have never known him to be dishonest, always willing to help whether just listening or physically "hey cousin I need a hand with something" he has always been there and again am saddened by choices he has made, it's just not a part of the guy I know. I will continue to be close to Jacy and his family and support them in whatever lies ahead.

I do think that Jacy is remorseful for what he has done and do not think that he is some criminal threat to our society, but I understand he has misused his authority, undermined public trust by abusing his position as a police officer as well as theft and tax evasion etc. and must face the consequences of his actions. I think about what his punishment should look like and what if anything a prison sentence would accomplish? Yes there needs to be consequences and there needs to be an example set as a deterrent to others. I do not know what the sentencing guidelines are nor do I know what latitude is allowed within the guidelines so I ask you if there is a type of suspended sentence where Jacy could stay out of prison, be there to raise his daughters, pay back every dollar in restitution he owes, lose his job related benefits that I believe he should now not be entitled to, be on some type of probation and contribute back to society with some sort of community service moving forward (maybe something like talking with new cadets about what led him to do these things and the rabbit it took him down or working in some capacity in neighborhoods to help residents trust our police officers more and that most officers are there to help or with his inside knowledge consult on a type of oversite where this cannot happen within departments in the future) to idealistic? and somehow make things monetarily and morally right with anyone he stole from, wrongly accused or defamed character of?

Thank you for taking the time to read this and for considering what punishment Jacy should face for his actions.

Sincerely,

Jim Nelson

Dear honorable Judge Maxine Cesney

I'm writing this letter on behalf of Brendon Jacy Tatum. I met Jacy in May of 2019 when we both started careers with Pacific Gas & Electric. I had heard of Jacy's past prior to meeting him. However, it was never something we discussed. I quickly found out who he was.

Jacy and I were partners for a year. While working long days on fires and doing storm work we both often joked about how we spent more time with each other than our significant others; really only half joking. My boyfriend and I also spent a few weekends with him and his friends out tuna fishing and he invited us over for his holiday parties. He made us feel like family. I noticed it wasn't just me though. It was his buddies we fished with, the people I met at his holiday parties, or places we stopped for coffee. Anywhere we went Jacy was greeted by someone.

If there's one thing I know about Jacy is that he would do absolutely anything for his wife Cassandra, and two daughters, Gianna, and Emily. They are his entire world. Jacy is a good and genuine person. It's a privilege and honor to have a friend and brother like Jacy in my life.

Sincerely,

Alaina Greene

## Stuart Hanlon

| | |
|---|---|
| **From:** | Kt. Zincavage <healingenergyunlimited@gmail.com> |
| **Sent:** | Sunday, January 30, 2022 10:52 PM |
| **To:** | Stuart Hanlon |
| **Cc:** | K. T. Zincavage |
| **Subject:** | Jacy Tatum Case. |

Dear Honorable Judge Maxine Chesney,
United States District Court Judge,

I'm writing to you today about Jacy Tatum.    I've known him since he was 16 yrs old and he asked his mom, my best friend, for a psychic reading from me.    He asked me one simple question.   Would he ever get hired as a fireman/policeman for Rohnert Park?
My answer to him was yes, but he needed to wait for the timing to be right and then he would definitely get hired for his dream job, and he did.

Since I've known him, Jacy has always been eager to help out when needed.
He is a good man, a hard worker and he cares about others and our world.

I once asked him how could he hunt animals?   I myself, would never go hunting or use a gun for any reason.    He explained to me, he ate what he hunted and when he hunted he always offered up to Mother Nature an offering of love and Thanks for allowing him to  bring home a meal.    This showed me he wasn't one of those hunters who just killed for ego or sport.   He cared.

What Jacy did was wrong, as he admitted.
I believe he started out to do good.   But, I also know we are all human an we can get lost sometimes by all the excitement of what's happening around us.   I believe this is what happened to Jacy.   He is not the kind of man who would plan out to harm anyone or do bad.

We all make mistakes and realize later we did wrong.    Jacy has realized this and has already suffered very much trauma and remorse from his actions.    I feel since he has already suffered much pain, with his family, friends, community an Self he should not have to go to jail, but be allowed to do community service in payment for his crime.
I feel Jacy can do more good helping out in his community than sitting in a jail cell.

I hope you consider my opinion here today, good Judge Maxine Chesney, as Jacy is not a man who set out to harm anyone but originally wanted to follow in his family's footsteps and help others in his community.   He's a good man an has always felt the need to help others.

Thanks for reading my letter.
Take care.

Blessings,

Katy Zincavage - 707/239-1494
CA Licensed Massage Therapist
Antahkarana
Healing Energy Unlimited
Healingenergyunlimited@gmail.com
www.healingenergyunlimited.com

1

From: Michael & Cory Dommer

2333 Pacheco Place

Santa Rosa CA 95401


January 13, 2022


To: The Honorable Judge Maxine Chesney

United States District Court Judge

450 Golden Gate Avenue

San Francisco CA 94102


Dear Judge Chesney,

We are Michael and Cory Dommer and are writing about the case against Brendan "Jacy" Tatum. We are aware of the charges against him and the nature of the activities that lead to this case, and the substantial term of imprisonment he is facing. We have known Jacy for 5 years and are close family friends. Mrs. Dommer and Mrs. Tatum are co-workers, and our children are best friends. We are hoping to speak on Jacy's moral character, please take this letter in to account when making your decision.

Jacy is a great person. He always has been kind and generous to our family. He possesses a great deal of integrity with his friends and family. He has really shown that he strives to make sure he is doing the right thing. In our friendship he was there for our family, especially when we needed temporary housing. Without hesitation his home was open for our family. He made it a point to be there and show support for anything we needed. He has truly been a great friend to us and is always a helping hand.

While it is unfortunate that he has made some bad decisions, resulting in this case, it comes as no surprise that he is ready to accept the responsibility for his actions and to spare his family further stress. He lives for his wife and daughters, who cannot imagine the changes life would have with his absence. We believe this has brought great remorse upon him for his actions that affected his family, as well as the other families and lives he has interrupted.

It is our sincere hope that given all the above, the court takes this letter into consideration at the time of sentencing, and he receives the lowest possible sentence. Despite the current charges we believe Jacy to be a caring, respectable, and valued contributor to his family and friends.

Sincerely,

Michael & Cory Dommer

To: Honorable Judge Maxine Chesney
    United States District Court Judge

My name is Sandra Sexton and I am Jacy Tatum's mother-in-law. Just to let you know that I am very aware of the charges my son-in-law is facing. It has been devastating to say the least. Since all this has come about we've had numerous talks, lots of tears, apologies, and I see how very remorseful he is about some of the decisions that were made.

I've been around Jacy for over 12 years now, I love him very much and my experience with him has always been pretty open and honest. He didn't share too much about his job, other than helping families out, and occasionally complaining about his chief. Worked a lot with the fire department in Rohnert Park and always was there to help out wherever he was needed and for anyone who needed it.

He loves family and has always been respectful of his nana (my mother), and his grammy; and is always there when they need him. He has always picked them up when we have our family dinners (which from day 1 has been 2-3 times a month). He loves cooking and having all of us together; that is what truly brings him joy!

I hope I brought some sort of insight on the man that I have known. We as a family are 100% behind Jacy and will continue to support him.
We realize that some sort of punishment will be decided, but please, please let his sentence be as low as possible for the sake of my granddaughters. Over the last 3 years they have become inseparable; my heart breaks for my daughter and granddaughters. He will also pay the price when all of this is over trying to get a job and get his life back on track.

Thank you for your time and for hopefully reading this.

Respectfully,
Sandra Sexton

February 9, 2022

Steven Nemeth
5452 Hall rd
Santa Rosa, Ca 95401

To: Honorable Judge Maxine Chesney United States District Court

I am Jacy's stepfather and I've known him for approximately 10 years. I understand that these are serious crimes that Jacy has been involved in. I am not sure what lead him down the path that made this happen but I know he is a good man.

He worked hard to excel in his career as a firefighter and a police officer. He worked many hours and was trained in specialized areas of drug enforcement task force type jobs. He excelled at these and was very good at what he did. He was honored by the community for the work he had done. He was on the front line fighting fires a few years ago that raged through Santa Rosa in the middle of the night.

Jacy has told us so many times that he's so sorry that he's putting us through all this and that he made a terrible mistake. We are very worried for his three young daughters and his wife if Jacy would have to be separated from them. It would be a shame for him to be incarcerated when he has so much to offer and has been exemplary in all of his actions before this happened. We all make mistakes and he has and will always be paying for his mistakes. This is a life lesson that has reinstalled in him what's most important in life—-your family. Please let him stay with them.


Sincerely yours,

Steven Nemeth

Bruce and Lynn Rhode
7859 Bernice Ct.
Rohnert Park, CA 94928


January 20, 2022


Honorable Judge Maxine Chesney
United States District Court
450 Golden Gate Ave.
San Francisco, CA 94102


To: The Honorable Judge Maxine Chesney


My name is Bruce Rhode. My wife, Lynn and I are friends with Jacy Tatum. We are aware of the charges against Jacy and the nature of the activity which led to those charges. We understand that contrary to his core character, Jacy has participated in questionable work history behavior and could face a sentence from probation to a substantial term of imprisonment.

Lynn, our 2 boys and I, have been friends with Jacy and his family since 2016. Lynn is a college professor at Santa Rosa Junior College and Sonoma State University in Sonoma County. I own 2 local businesses with employees and am a community youth sports coach. I have been coaching youth sports in Sonoma County for 21 years.

Lynn and I met Jacy and his family through a mutual friend. Our relationship has developed ever since. We have had the wonderful opportunity to work with Jacy on some personal projects, we've gone on multiple hunting excursions and have vacationed with him and his family. Jacy, as I know him, is an honorable man who works hard and is devoted to his family and friends. He is an honest, loyal, integral individual who operates as a selfless human being. He has always reached out a helping hand to my family and I am thankful for him.

I am taken back by Jacy's work history, in fact shocked.  The Jacy Tatum I know and describe above is not the same individual that is facing charges.  Jacy is a kind, unselfish, father, friend, and husband.  These criminal acts run counter to everything I know about him.

I firmly believe Jacy is remorseful for his actions, he is willing to be held accountable, and wants to move on with his family.  Although I agree that Jacy needs to be held accountable for his actions, I hope and pray for leniency and the lowest possible sentence.


Thank you,

Bruce Rhode