STUART HANLON (CSBN: 066104)
LAW OFFICES OF STUART HANLON
635 Belvedere Street
San Francisco, CA 94117
(415) 225-5002
stuart@stuarthanlonlaw.com

Attorney for Defendant, Jacy Tatum

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRIC OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRENDAN JACY TATUM,<br><br>Defendant. | NO. CR 21-0374 MMC<br><br>[~~PROPOSED~~] **ORDER TO FILE PORTIONS OF DEFENDANT'S SENTENCING MEMORANDUM UNDER SEAL** |

[~~PROPOSED~~]

**ORDER**

This matter having come upon the Motion of Defendant for sealing, and the Court being advised,

IT IS ORDERED that Exhibits 2, 3, and 6 to DEFENDANT TATUM'S SENTENCING MEMORANDUM be filed under seal.

Dated: May 5, 2026

HON. MAXINE CHESNEY
United States District Court Judge

1