UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** May 6, 2026          **Time:** 2:15 – 3:57          **Judge:** MAXINE M. CHESNEY

**Case No.:** 21-cr-00374-MMC-1    **Case Name:** UNITED STATES v. Brendan Jacy Tatum - present

**Attorney for Plaintiff: Abraham Fine, Benjamin Kleinman**
**Attorney for Defendant: Stuart Hanlon**

**Deputy Clerk:** Tracy Geiger                    **Court Reporter:** Marla Knox
**Interpreter:** N/A                              **Probation Officer:** Jessica Goldsberry

## PROCEEDINGS

**Judgment and Sentencing – hearing held.**

**Sentence imposed:**

**Thirty (30) months in-custody on Counts 1, 4, and 5, all to run concurrently; Three (3) years supervised release on Counts 1, 4, and 5, all to run concurrently; $300 special assessment; No Fine. (See judgment for all additional conditions).**

**Self-Surrender date: January 11, 2027.**

**Court made the following recommendation to Bureau of Prisons:**

**That the defendant be placed in a prison camp facility, or a facility as close as possible to the San Francisco Bay Area to facilitate visits from family.**